RECEIVED
JUN 24 2021
PETER A. MOORE, JR. CLERK
US DIST. COURT, EDNC

**Ms. Rosie Hopkins** BA, MSSW
PO Box 211 Kinston, Nc 28502

2          Eastern District of Greenville, Nc
                                    )  Case No. [ 4:21-CV-87-M          ]
3   Plaintiff name(s),             )
                                    )     **CONSPIRACY/EXSPOSED**
4   **Ms. Rosie Hopkins**          )   *Ms. Hopkins alleged in documents that she is*
                                    )          *the victim of being:*
5   **{Prose Litigant}**           )   **FRAMED BY THE STATE OF NORTH**
                                    )              **CAROLINA**
6   Defendant name(s),             )
    THE STATE OF NORTH CAROLINA,    )   **19 CR 200-588 & 19 CRS 200-588**
7   DEPARTMENT OF HEALTH AND HUMAN, )   **Wake County Justice**- Prosecutor Department/
    SERIVCE-HEALTH CARE REGISTRY    )   Former: Judge Michael Denning & Judge Keith
8   INVESTIGATION DIVISION,                        Gregory
    VILLAGES OF APEX CLUB HOUSE,                      **&**
9   APEX POLICE DEPARTMENT,             **The Department of Health and Human**
    KAREN BEATY AND ZACKARY BEATY,          **Service-Personnel Registry**
10  PATHWAYS FOR PEOPLE INC,            Pamela Gilyard/Stella Hayes/Rita Hortan
    ACCIDENT FUND OF AMERICA,& NC           **Civil Rights Violation**
11  INDUSTRIAL COMMISSON WORKER COMP        Wrongful Termination:
                                            Pathways for People Inc.
12          Defendant(s) for:               Michelle Sullivan/
    Conspirator Acts                        Gloria Rothrock
13                                          **Apex Police Department**
    Wrongful Termination               Officer Sean Myers/Chief Deputy Mitchell
14  Tampering with Evidence to Frame                 McKinney
                                          **Villages of Apex Club House**
15  Wrongful Arrest/Malicious Prosecution   Anthony Sacco/Deborah Gabrielle
    Violation of Civil Rights
16  Slander Libel Defamation            **Based on Expert Professional**
                                        **Confirmation of "Edited" Video**
17  Pain and Suffering                           **Footage**
    Personal Injury
18  False Arrest
    _____  Dated this 24th of June 2021.
19                                              Rosie Hopkins
                                               Ms. Rosie Hopkins
20                        **COMPLAINT**
    Comes now the plaintiff, Rosie Hopkins by and through self representation as (Pro Se) Litigant until further notice
21  brings this complaint as follow:
            The information contained after section titled Parties, in the next few paragraphs will contain the
22  defendants/contact information and allegations made against you along with additional companies and fellow
    agency(s) government organizations and or persons connected the incident that occurred on or about January 2,
23  2019, the list of events will follow, and what led to this FEDERAL LAWSUIT. This civil rights lawsuits in addition
    to others listed in this document of a case brought against you all in this matter of conspiracy to commit fraud on the
24  court, to frame an innocent worker, obstruction of justice, abuse of judicial power/malpractice/negligence, in
    wrongfully an intentionally framing and upholding, Ms Rosie Hopkins of an assault, by tampering with, and giving
25  false testimony, failing to conduct a properly ethical and legal investigation, failing to apply of the nc rules, policies,
    laws, statues, and constitution that govern the U.S. of America, when it came to the circumstances, new and already
26  acquired evidence/testimony given surrounding Ms. Hopkins innocents.

# II PARTIES

**1. Name of Plaintiff:**     **"Ms. Rosie M. Hopkins"**

Address: I.D. 404 West Old Road Lillington, NC / Mailing: PO BOX 211 Kinston, NC 28502 Is employed (2019) as Habilitation Technician at Pathways for People Inc.
Currently: Unemployed.

Defendants all acted in *"reckless"* and total disregard to Employees Rights etc; its alleged they are guilty of, discrimination/retaliation, but NOT limited to what's written below & throughout these documents and supporting evidence the will follow as they are individually and as an organization.

Tampering with evidence causing "spoliation," of "intentionally, recklessly, and being negligent of withholding, hiding, altering, fabricating, and/or destroying of evidence or conspired to omit relevant evidence to cases in District 19 CR 200588 and Superior 19 CRS 200-588 legal proceedings, "to frame plaintiff.

## List of Defendants:

2. Name of Defendant: Apex Police Department, Chief Deputy Mitchell McKinney, and Officer Sean Myers
Address: 205 Saunders St, Apex, NC 27302

3. Name of Defendant: State of North Carolina Wake County Prosecutors/Judges Erin Becker, Austin Braxton, Mary Ashton Slagle, Former Judge Michael Denning, and Judge Keith Gregory.
Address: 300 S. Salisbury St, Raleigh, NC 27601

4. Name of Defendant: State of North Carolina DHHS/ Health Care Personnel Investigations, Rita Horton, Pamela Gilyard RN and Stella Hayes RN William F. Maddrey Assistant Att. General
Address: 2711 Mail Service Center Raleigh, NC 27699

5. Name of Defendant: State of North Carolina Industrial Commission: Chief Tamara Nance and Carolyn Marcus
Address: 430 N. Salisbury St, Raleigh, NC 27603

*At this time, the Commission/PFP has an opportunity of mediation in being removed from lawsuit based upon July 14/15, 2021 outcome and decision, if Ms. Hopkins is willing to accept their offer or decision. However, there are concerns that arose on 6/21/21 that pose a concern of a premeditated decision. Ms. Hopkins is open for mediations with the others as well, if they choose not to go to Trial, August 30, 2021 is the deadline, to make contact concerning this option.

6. Name of Defendant: Pathways for People Inc. Lorianne Panzara Griswold, Michele Sullivan, Jamie Haddock-West, Gloria Alerez-Rothrock Accident Insurance Fund of America
Address: 15300 Weston Pkwy Ste 104, Cary, NC 27513

7. Name of Defendant: Villages of Apex Club House/ Land Arc Property Management/HOA-Board/Owners , Anthony Sacco, and Debora Gabrielle "Debbie"
Address: 1095 Ambergate Station, Apex, NC

8. Name of Defendant: Karen Beaty and Zackary Beaty

# JURISDICTION

1. This is a suit(s) brought and instituted under The State of North Carolina Federal Court Jurisdiction. This is a suit in equity authorized and instituted by Title VII of the Civil Rights Act of 1964, as amended and the Civil Rights Act of 1991, and defendants under 42 U.S.C. §1983 is a person who acted "under the color of state law," *(DISCRIMINATION based on race, color, sex, religion, disability, age, equal pay, & RETALIATON)*. The Civil Rights and Personal Injury suit is also brought against Defendants for Wrongful Termination, Malicious Prosecution, Conspiracy and Negligence under 42 U.S.C. 1985, 1986 and 42 U.S.C. §1983 & 42 USC 2000-5.

2. This suit brings under title 28 USC 1361 to compel U.S. Attorney to prosecute defendants that are found to be guilty parties of conspirator acts/tampering with evidence to frame Plaintiff, upholding a wrongful conviction, to the full extent of the law. Jurisdiction of this Court is invoked to secure protection of plaintiff's *Constitutional Rights* and to address, *but not limited to*, the denial of rights secured by 42 U.S.C. 2, 000e, et seq. Defendant(s) conspired by: By using altered video footage to give false narrative to deceive the court. They bared false witnesses committing perjury under oath in district court; and solidifying their desired outcome of a guilty verdict/conviction and to uphold it against Ms. Hopkins now in Superior Court. The Defendants; moreover, knowingly, conspired together, well over two years, to conduct an improper, unethical, and unlawful investigations in pursuit of the prosecution in framing Ms. Hopkins of Assault to a Individual with Intellectual Disabilities.

3. Ms. Hopkins was convicted, based on edited footage/false witnesses; which the Prosecutors/Judges of Wake County are still up holding and trying to justify it by shifting the blame onto others and continuously creating illusions in covering up their criminal acts. Ms. Hopkins knows that she will NOT get a fair Trail in Wake County Judicial system based on confirmed fraudulent activity, false testimony, and manufactured evidence. Furthermore, they are all friends and coworkers who she has found to cover for one another. How would you like to be treated if it were you or Ms. Hopkins was you mother, sister, and or close relative they lost everything they worked so hard for over the last 20 years to all be taken away for a conspirator scheme. The client was not hurt or harmed; however, Ms. Hopkins was and still suffers to date.

4. An injunction and appropriate relief against all forms of discrimination based on race, sex, religion, age, color, disability, retaliation, other-equal pay practiced by defendants is sought herein. This Court's jurisdiction is invoked to secure protection et al and to address the denial of rights and or abuse of power secured by the First, Third, Sixth, and Fourteenth Amendment to the Constitution of the United States of America and the laws of the State of North Carolina and all Tort Claims that are applicable in favor of Ms. Hopkins, we asked be enforced.

5. This Court's pendant jurisdiction is invoked to address the state laws/ torts of Intentional Infliction of Emotional Distress, Slander/Character Assassination, Personal Injury, Wrongful Termination, Wrongful Arrest, Confinement, Tampering with Evidence, and Malicious Prosecution based on falsified, manufactured, edited evidence to frame plaintiff.

Ms. Rosie Hopkins B.A., M.S.S.W., was a Behavior Health worker –titled Habilitation Technician, first responder at the time employed by Pathways for People Inc. She had her Clinical Therapist LCSW exam set for 1/4/19, just two days before she was beat, slammed, and struck repeatedly by Zackary Beaty, who's described as having explosive behaviors and a danger to self and others deemed a community risk, to say the least. Ms. Hopkins now suffers from employment discrimination/ wrongful termination, the assault, slip and fall occurred that occurred on 1/2/19 at VOACH and the Legal Abuse of malicious prosecution in the Wake County Justice System in the District/Superior Court by Judicial/Prosecutors Members, who presided/assigned over case CR 19-200-588 Judge Michael Dennings who actually wrongfully convicted Ms. Hopkins on edited video even after *he saw with his own eyes:* the footage skipped 5 minutes of time, glitches, a maintenance man appeared in mid parking lot, out of the blue, where did he come from how did he get there, and ZB aggression ect.

Ms. Hopkins pointed all of this out right in open court as it played from the Prosecutor Austin Braxton laptop, Ms. Hopkins tried to get them to confirm the edits that were shown in the evidence against her, and them admitting to seeing it on the record, *Judge Denning said, the video speaks for itself,* but still maliciously convicted her wrongfully, then mysteriously retired as Judge on or about 2 months later after learning Ms. Hopkins recorded the Trial. The prosecutor with help evidence and no one had access or was able to retrieve the video that was shown 6/19/20, by the time Ms. Hopkins was given the footage, they had it broke back down to about 20 clips, and now there was an additional 19+ minute clip mysteriously added back into the prosecutor's evidence, that was NOT SHOWN at trial. They showed about a 3-minute clip.

In the Superior case Ms. Hopkins is and have experience the same actions above in the appeal case CRS 19-200-588 at this time Judge Keith Gregory, who took Judge Rebecca Becky Holt

place who seen the clients fist in Ms. Hopkins back shoulder area etc in photos, now it appears he's allegedly, been put in place to cover the race discrimination, *since he's warned her.* Ms. Hopkins referred to treatment that occurred prior in the justice system; however, he cannot erase the past, that is impossible, and what occurred or still is occurring, no matter how he sarcastically joked on the record about Ms. Hopkins complaints and saying he's black and or African American; In their/his abuse of power unlawful and unethical use of judicial discretion during court appearance, hearings, and trials, of prose litigant/ rights, in application of effectively applying the NC Statue laws they are governed by US Constitution. Judge Keith (AA), still takes, "The States" recommendations *at this time who is* "Mary Ashton Slagle the Prosecutor," who is not African American, and serves as "her mouthpiece" figuratively, imposing law, if applicable, in giving his decision and determinations based on her recommendation and or his opinion of law.

Mary Ashton prosecutor, attempted to get Ms. Hopkins unlawfully committed and badgered her to sign forensic papers against her will, Judge Keith wanted to follow through, but gave Ms. Hopkins a test using questions to test knowledge and competence that she passed. At the end, Ms. Hopkins tried to get the transcriptionist information and to speak with her; as he was face to face speaking with Mary who approached his personal area after court he turned his face toward Ms. Hopkins away from the prosecutor Mary briefly. Judge Keith then disrespectfully yelled at Ms. Hopkins and told her to, if not exact close to "get out and leave" preventing her from speaking with his transcriptionist and getting a copy of the record, the other prosecutor smirked and chuckled. This further humiliated Ms. Hopkins as she left the courtroom.

Judge Keith attempted to disrespect/intimidate Ms. Hopkins raising his voice at her at times yelling. He also belittled her because her mask was a little big and slipped down in which she

immediately corrected, but he made a big deal on the record as if she was intentionally pulling it down, creating illusions. Judge Keith did several subtle attacks then *"he denied all"* of Ms. Hopkins motions once it was determined he was not able to commit her. Judge Keith threaten to hold her in contempt, when she asked after he denied about 10 in a row of her filed motions, if he planned to dismiss the rest, she attempted to help, in saving time, since he acted like it was such a problem reviewing them, she was as respectful as she could be, but he decided to take offence acted upset, became mean, rude, intimidating, then threaten her of contempt. He attempted to get a rise or action from Ms. Hopkins, but she remained polite and professional. They are still trying to cover up their wrong doing. He acted as if he was going to actually approve one as he proceeded, but denied every last one. Moreover, a better response could have been, no Ms. Hopkins this is our process of going through each one. Judge Keith knew he planned to deny all of them all alone to completely strip Ms. Hopkins of everything so she would be defenseless at Trial, by making it that much more difficult for her, but giving an illusion as if it meant to assist and aid her. Michael Denning/ADA just continued to have prosecutors/personnel sabotaged Ms. Hopkins trials in District Court until they got the video the way they wanted it to appear, or so they thought, the stripped her from showing her jump drive evidence and witness in Dennings court room it appeared to be the same tactics, but used differently, but untimely have the same outcome.

This was the first time Ms. Hopkins had ever met Judge Keith, Ms. Hopkins has been in his court room only twice.


The second appearance was to go over his order of fact and Ms. Hopkins response to the falsified information Mary A.S. had written. Ms. Hopkins has submitted additional evidence and

presented an affidavit signed and notarized by a Professional Expert Videographer, who confirmed the video evidence has been edited or missing clips. The Judge kept taunting Ms. Hopkins saying more than once, "where he at, Ha" (the expert), "why isn't he in court", again saying things on the record in front the prosecution to humiliate/discredit Ms. Hopkins and insult her.

The court appearance was not for the expert Mr. Clay to be present. If Ms. Hopkins had known that she would have requested or subpoenaed him to court; after all he said he was ready and willing to testify, if needed; he is based out of Charlotte, North Carolina. Judge Keith then kept looking over at the prosecutors then Ms. Hopkins, saying "I'm tingling and you all know how I get when I'm tingling," he stated several times then imposed the Gate Keeper Order, against Ms. Hopkins. It's in the transcript it will prove it, if they haven't had it altered. It's believed tingling would refer to his anger, based on demeanor and actions.

At this time, Judge Keith has seen Ms. Hopkins file and now proof fowl play has occurred, by way of viewing photographs of client martial art form knuckles/panther strikes and balled fist in Ms. Hopkins back/ shoulder area, before the rest room incident, assault on a female, pictures of Ms. Hopkins with blood running down her nose, and detailed information from reading each motion he denied, and the edited video evidence in the prosecutor file- Ms. Hopkins broke down in to visual aid photos showing each clip full #, start and end times of clips etc from the DVD the prosecutor office gave Ms. Hopkins to pick up in March 2021 and now having an affidavit confirmed on April 22, 2021 that the video was tampered with by a actual professional and not the States expert witness Anthony Sacco who was the first to edit the footage to frame Ms. Hopkins. At this time, Judge Keith, actions are now brought into question. Ms. Hopkins feels

Judge Keith treated differently due to her sex. The other judicial members and prosecutors Discriminated and Retaliated against her because of her race/color.

1). Ms Hopkins was tricked into coming to Court in getting her motions heard, it turned out the Prosecutor Mary Ashton Slagle had planned and tried to have Ms. Hopkins committed, attempting to force her to sign a forensic commitment evaluation to stop the truth from surfacing and coming out and to stop her Worker Compensation Hearing, of defendants testifying. Ms. Hopkins emailed her that she had numerous copies of the evidence in different states and *if* they ever tried to harm her. Then Mary tried to manipulate and use that to her advantage to commit her. Ms. Hopkins therapist was offended after Ms. Hopkins told her what the prosecutor tried to do and said why she would do that? You do not need to be committed; Ms. Hopkins agreed. They all fear being EXSPOSED.

Ms. Hopkins case was put off till the end of court 4/2021, but she was one of the first to arrive, Mary A.S. let other attorney's just walk in, stalling time, who was not present in court initially, go in front of Ms Hopkins or randomly call others. However, this was Ms. Hopkins 1st appearance in front of Judge Keith for review of motions. The Prosecutor plan was to commit Ms. Hopkins. However, Ms Hopkins waited patiently; Judge Keith had another case of assault he heard, prior to Ms. Hopkins. As a matter of fact Ms. Hopkins was in the process of starting her case, but was stopped to let the other case go in front of her. **Comparison Case:**

In this case on or about April 2021, the defendant was a white male, who became angry and admitted to shoving the victim off his bike causing him to fall. Judge Keith went back and forth on how to punish the defendant and constantly sought assistance from Mary. At one point they were unclear as to his punishment, in a state of confusion. Ms. Hopkins had the document in her hand, that show how much time a person can get, since the Judge and prosecutor had difficulty in

deciding acting as if they didn't know for certain. Ms. Hopkins helped the prosecutor out by given her the document. Ms. Hopkins being nice in spite of how she been treated. Mary said, oh no thanks, I have that here. Judge Keith decided to initially give him a fine and believe to be 12 months of unsupervised probation. The defendant did not want that, so the defense counsel spoke to get it alleviated. The prosecution Mary Ashton, then said urhonor, *I spoke with the VICTIM,* and he was okay with our decision something along that line, specific unknown.

Then all of a sudden Judge Keith, ordered only a $25.00 fine and *took the probation away.* The defense attorney chuckled in disbelief, but proud. Ms. Hopkins was stunned and utterly shocked as how differently she has been treated for over 2 years of a crime she did not commit and acted in self defense, from being struck again, witnessing this was a low blow to her gut, to say the least.

Both defendants had an assault charge WM admitted shoving victim because he fell on the ground of his bike during the heated argument. BF has video evidence of the incident recorded, but had been edited to frame her that's confirmed and that's noticeable, has photos of client striking her before the restroom scene occurred, legal guardian /parent and employer chose not to file charges on Ms. Hopkins, but the prosecutor called the WM victim to see if it was okay to dismiss or have a light sentence (check record for specifics) for his attacker/defendant; However, Mrs. Karen Beaty clients mother refused to press charges against Ms. Hopkins even after seeing the video and being investigated then asked by Officer Sean Myer too press charges against Ms. Hopkins and she said, "I have to think about it", but still 2+ years later have not pressed charges. So why is Ms. Hopkins still going through all of this and the WM did not? They all have

concrete evidence that proves Ms. Hopkins was the person being assaulted, but still want to UPHOLD a wrongful conviction.

2). Then next court appearance Judge Keith Gregory ordered, "The Gate Keeper," he threaten Ms. Hopkins that if she didn't take his offer of a public defender, that if she wanted to hire an attorney later he will deny her and not allow it. **(Sex Discrimination)**

Defendants listed in suit actions are abusive, reckless, and unlawful which have resulted in injuries of, economic depression, physical dysfunction, mental impartment, social withdrawal, emotionally traumatized, loss of education, and ability to earn income etc..

4.      All conditions precedent to jurisdiction have occurred or have been complied with Charges of employment discrimination were filed twice with the Equal Employment Opportunity Commission (EEOC)1st initial was filed within 180 days and thereafter within the 2 year time period of the Worker Compensation Statue/Wrongful Termination and Denial of Benefits concerning unfair employment practices complained of herein in addition to as reported within complaint against all defendants.

Notification of right to sue was given by the EEOC, letter dated March 26, 2021. Jurisdiction continues to lie in 42 USC 1981 et seq.

According to the State of North Carolina Conspiracy General Statute 14-2.4. states when two or more people agree to commit a crime and then take some step toward committing the crime and had the specific intent to carry out the crime. There five elements for a federal criminal conspiracy which are: Two or more persons that; intentionally; agreed; to violate federal law or defraud the United States; and commit an overt act in furtherance of the agreement.

The allegations brought up against the Defendants are, but not limited to the following as below and so above:

Ms. Hopkins brings this claim pursuant to 42 USC 1983 for violation of rights protected by the Fourth Amendment of the United States of America Constitution, which applies to actions of local governments and to individual or corporate entities acting under color of state law.

Under 42 USC 1983, Defendants are liable to Plaintiffs individually and in their official capacity as agents (under North Carolina law).

Defendant Sean Myers charged, ordered warrant and instructed the arrest of Ms. Rosie Hopkins. He acted under color of the state law because they are empowered to detain/sent out a warrant to arrest persons in detaining free citizens under specific circumstances and in accordance with their duties as Officers and Chief Deputy's pursuant in wrongful investigation-exercised probable cause w/o facts and knowingly disregarded and deleted them in conspiracy acts to frame and discriminate against Ms Hopkins.

*Ms. Hopkins who had committed no such wrong under the law and showed in evidence and documents had not probable cause of unlawful conduct due to the right of*

*self-defense*.

Defendant Sean Myers acted both individually and within the organization under the color of state law because (among other reasons set forth herein) he was acting in his official capacity as he stated, to the incident concerning Ms. Hopkins on 1/9/2019, to Gloria and Michelle, who testified under oath that he told them he was going to discuss with them

*"HIS PROCESS,"* after Ms. Hopkins called him to assist her in pressing charges on her attacker Zackary Beaty, and he denied her that right, saying, I'm not pressing charges on him, you hit

him. Officer Sean Myers was on duty and in uniform and which also hold the organization Apex Police Department as equally liable. If he had fact of probable cause of said charge, and he decided that very day 1/9/19, Ms Hopkins was guilty, *why did he wait* almost 3 months to have her arrested. His investigation was one sided, he discriminated against Ms. Hopkins.

**(Race Discrimination).**

Defendant violated Ms Hopkins federal Constitutional rights including, but not limited to her *right to life*, liberty, property, *equal protection* (including the right to be free from racial discrimination), protection from false arrest/confinement, due process of law provisions (both procedural and substantive under the federal and state constitutions, and or as made applicable to the state under the 14th Amendment to the US Constitution).

The Apex Police Department, Officer Sean Myers, Chief Deputy Mitchell Mckinney, *violated* the aforementioned constitutional protection by the acts, omissions, policies, procedures, customs, usuages and or conduct, set fourth herein.

Defendants above participated in the investigation, charge, and arrest, detention, and prosecution are liable fore Defendants of Ms. Hopkins constitutional rights because they collectively knew, or should have known, that Defendants of Apex PD, was at risk to discriminate against Ms. Hopkins because of her race, and knew or should have known because they viewed the video surveillance footage of the assault on Ms. Hopkins, but although it was still edited there were scène in which Ms Hopkins pointed out, showing at how she got slammed and shoved into the wall/door hitting head that are now missing from the footage as well. Also, no one could actually see Ms. Hopkins alleged hit/strike the client in that moment. Ms. Hopkins has seen various scenes where the two bodies had been adjusted and ZB jerked with glitches and another his body was in a different position due to edits.

Employers Response:

Officer Myers informed the Employer after the fact, saying: that "there is no why possible the footage was edited" and Employer said, "everything they saw was everything they had". Two discrepancies with this already exist the fact that *the Employer did not see the client hitting or striking the car on the inside and the fact they said the two had a normal walk up the side walk*. Which proves again Ms. Hopkins was framed and the video was edited. So what video did they actually see? Another edited version, most defiantly- for a fact. At one time they had Ms. Hopkins and Zackary feet glitches together up side walk, they cut out him striking the vehicle, but later added it back in, trying not to Zachary aggressive and explosive side. As this was a continuous fraudulent act committed from day 1. Every time Ms. Hopkins show the adversary, every wrong or edit made she discovered they try to cover it up, by communication with one another, because the next time she sees it, it's been changed. The cannot clean this up they have made far too many mistakes.

**THE WARRANT**:

If it serves correct THE CHARGE Sean Myers placed on Ms. Hopkins, was NOT even written in HIS POLICE NARRATIVE, **of striking the left shoulder, THAT HE TOOK THE WARRANT OUT ON HER FOR**. So how does an Officer conduct an investigation and not investigate the crime he alleged occurred and sought a for warrant ISSUED on 1/9/2019, but he focused on something that never happened, furthermore, he lied and said she hung up on him, but failed to tell they had a long conversation and told her, he just wanted to talk to her and he told her she was not being charge. So he lied again. However, Ms. Hopkins was ARRESTED on APRIL 1, 2019---

APRIL FOOLS DAY, 3 MONTHS LATER. At trial 6/19/20, their main objective was to convict Ms. Hopkins on the allegation of **3 strikes to the "BACK" OF THE HEAD**, IN WHICH she was not charged for, it was not even listed on the warrant nor happened, she also addressed that to Judge

<u>Dennings</u>. Then the next question is who started the allegation "to the Back of the head" the Officer report never said, Zackary said, Ms. Hopkins hit him 3 times <u>*to the BACK*</u> OF HIS HEAD, so who started that rumored allegation. Karen the mother stated, Zackary NEVER complained of being hit or struck by Ms. Hopkins, **not until** the Officer Sean showed up and conducted his investigation. It is further believed that the Officer coerced Zackary into giving a false statement in order to convict Ms. Hopkins. The mother didn't even want to press charges and to this day she still has not. Furthermore, Karen told Ms. Hopkins, "Rosie, I know it was not you, it was him" as she tried to get him out of the back seat. This statement should be on the family video that she recorded with her cell phone along with additional statements made and that of Zackary also telling her she is as bigger of a liar than he is. Ms. Hopkins asked Austin Braxton to play his video to show the Court how could she hit the back of his head, when his hand was on the TOP of his head, about 2 to 3 of the states witness' testified to under oath, to the back of the head and it was written in one of the employers report. As a matter of fact, the back of his head was completely EXSPOSED. Their mouths dropped. The lied about the time line as well. Ms. Hopkins reported they were in the rest room a long time several minutes, they even wrote they witnessed that as well then went back and conspire changing it to seconds, to fit their fraudulent narrative. Ms. Hopkins have visual proof!!!!

**To the Federal Courts of North Carolina:**

Defendants of North Carolina employed the by Government/ State capacity of Wake County or Apex Nc in addition to being liable for Defendants: Conspirator acts to frame made by Sean Myers and all that it applies to, unlawful investigation, disregard of important facts/<u>conduct etc</u> <u>and in having Ms.Hopkins arrested/confined also violated the United States Constitution and</u> <u>laws and public policy of the state of North Carolina as so do</u>. Chief Deputy Mitchell McKinney, Mary Ashton Slagle, Erin Becker, Austin Braxton, Judge Keith Gregory, Former Judge Michael Dennings, Pamela Gilyard, and Stella Hayes, <u>in the following respect:</u>

a. By allowing Defendants above to use their positions in Wake County –Apex Police Department, Department of Health and Human Service, Wake County Justice Center Prosecutor/Judicial Office to prey on /abuse their power and authority/ to falsely accuse the innocent that of which are African American citizens, who are protected members class;

b. Upon information and belief, by continuing to employ Defendants listed in (a) section above in Wake County government/state positions after these malicious act have contributed to the personal injury of Ms. Rosie Marie Hopkins in being framed with manufactured edit video surveillance and false testimony with concrete proof showing the video was in fact edited or missing clips over a 2 year span continuously, of alleged allegation of 18 U.S. Code § 1512 Tampering with a witness tampering with evidence is "spoliation." The "intentional, reckless, or negligent withholding, hiding, altering, fabricating, or destroying of evidence relevant to a legal proceeding to get and up hold conviction." The intent to interfere with an investigation, possible investigation, or other proceedings by the federal government. This shows and *Distinguish Professional Negligence* An error by a lawyers that constitute professional malpractice under the applicable standard of care and subject the lawyer (one that holds a law degree) to civil liability.

c. By failing to provide adequate training to Defendants in full capacity of their officers and or position/ ethics, in deciding ones fate need to be looked into more closely. Racial discrimination, retaliation, proper arrest procedures, prosecutor investigation/evidence review/witness testimony/self-defense right etc over all conducting themselves to the public, as being a competent authorized state and governmental decision makers that

engaged in reckless, unlawful, indifferent wrongful misconduct unbecoming to their profession and position. It's time to make them the example.

d. By otherwise failing to adequately supervise and control the behaviors of Defendants above; and

e. By failing to provide adequate training to Defendants with regard to the rights guaranteed by the United States Constitution, the North Carolina Constitution and FEDERAL and STATE laws which they were charged to obey and or enforce and or abide by.

## II PARTIES

**1. Name of Plaintiff:**    **"Ms. Rosie M. Hopkins"**

Address: I.D. 404 West Old Road Lillington, NC / Mailing: PO BOX 211 Kinston, NC 28502 Employed (2018-2019) as Habilitation Technician at Pathways for People Inc 10/2018-1/2019.

Currently: Unemployed.

**Defendants all acted in *"wreckless unlawful"* disregard to Employees/Citizen/ProSe Rights and Statues of Constitutional Law etc...; its alleged they are guilty of, but NOT limited to what's written below.**

**List of Defendants:**

2. **Name of Defendant: Apex Police Department, Chief Deputy Mitchell**

Conspiracy, Wrongful Arrest, Failure to investigate the facts lack of probable cause, Violated Ms. Hopkins Right to file Charges, Discrimination, Evidence Concealing & Tampering, and Failure intentionally not to fully investigate the facts / eye witness's; lack probable cause etc...

### Charge of Discrimination: RACE/ RETAILATION

### 3. Name of Defendant: State of North Carolina Wake County

Conspiracy, Violated Ms Hopkins Rights, Constitutional Law- Self Defense and GS NC Statues, Manipulation of Case, Obstruction of Justice, Malicious Prosecution, Judicial Abuse of Power and Discretion, Intimidation and Threat-Discrimination/ Sexist/Retaliation/ Systemic Racism etc...

### Charge of Discrimination: COLOR/RACE/SEX/RETAILATION

### 4. Name of Defendant: State of North Carolina DHHS,

Conspiracy, Falsify Documents, Tampering-Concealing and Deleting/Replacing w Edited Evidence, Investigative Reports, and Intentional Failure not to fully investigate the facts/and or disregard- eye witness's knowledge or concealed it etc...

### Charge of Discrimination: COLOR/RACE/RETAILATION

### 5. Name of Defendant: State of North Carolina Industrial Commission:

Conspiracy, mishandled case, not following GS statues/Commission Rules etc.., listening to Carolyn Marcus to advise her beliefs, that were proven incorrect most of the time, Failure to Request position due to bias and unfair decisions throughout, Hindered Investigations, Failure to allow persons or information to be subpoenaed on more than on account, heard and witnessed-perjury /conspirator acts under oath and lying about client only having 1 index finger poke, while viewing photographs of his fist in Ms Hopkins shoulder blade and knuckles, but failed to act and

filing charges against Defendants/Witness's, even after having been substantiated by a preponderance of evidence of photographs, videos, audio ect..unethically prolonged case, disregarded Expert Video Editor without cause known to plaintiff before hearing of decision to his sworn affidavit of confirming video evidence was edited or missing clips, it attempt to having it not a part of evidence, took parts of vital witness testimony Chief Deputy Mitchell M., off the record during hearing, to avoid incrimination of witness one's, failure to allow additional evidence into evidence, to prevent plaintiff successful outcome and to prohibit the next level of board and or examiner judicial officer, from having the information that proves Ms Hopkins innocents and injuries are valid etc... Carolyn Marcus exposed Ms. Hopkins social security number and after asking repeatedly asking her to remove/redact it she refuses, causing Ms. Hopkins to become a victim of identity theft possibly it unknown who now has it, also she attempted blocking clts ISP or removing or have not confirmed of sighing off on admitting clients Individual Support Plan into evidence as commissioner requested, that is very vital evidence in this case (key factor)of clients history of volatile behaviors. *At this time, the Commission has an opportunity to be removed from lawsuit based upon July 2021 outcome and decision, if Ms. Hopkins is willing to accept their offer or decision.*

6. Name of Defendant: **Pathways for People Inc. Lorianne Panzara**

Osha, Work Place Health and Safety, left worker in a Hazardous Work Conditions Knowingly and Willfully.

Conspiracy, Concealed Witness Testimony of a planned set up, failed to conduct an ethical and fair investigation, concealed pertinent documentation of clients aggressive behavior, gave false information on clients # of hired staff/reasons, failed to provide workers compensation to injured

worker or report injury had occurred to insurance or the commission, suspended and terminated injured worker instead unlawfully, avoided company liability, corroborated with other to conceal the truth concerning the attack and video footage. Admitted to knowing Ms.Hopkins was injured she told them, but they failed to act according to law and policy, based on falsified manufactured edited footage and in collaboration with others about the incident and to conceal the truth and place the blame on Ms.Hopkins, thinking no one would ever find out as they all thought etc.

**Charge of Discrimination: RACE/PAY/DISABILITY/RELIGION/ RETAILATION**

7. Name of Defendant: **Villages of Apex Club House/ Land Arc Property**

Conspiracy, to conceal Ms. Hopkins personal injury's and being beat severely and struck multiple times by the client in the parking lot, manufactured edited surveillance footage to recreate a factitious narrative and time line of events, committed perjury under oath to the length of time Ms. Hopkins and client drove on the property and left etc.,barred false testimony on events and whereabouts of person's as they occurred, under oath, worked diligently in editing and falsifying video surveillance to frame an innocent person who acted in fear of torment, and working with others to conceal the truth about what actually happened. Framed Ms. Hopkins of an assault that actually happened to her erased horrific scenes to down play clients aggression and severely edited footage to avoid company liability etc.

**Charge of Discrimination: RACE/RETAILATION-Conspiracy Tamper w/ Evidence**

8. Name of Defendant: **Karen Beaty and Zackary Beaty**

Exploited son in a conspirator Badger Game plot scheme, that led to systemic racism against Ms. Hopkins to say the least, in obtainment of program security and to sabotage workers career in son creating a distraction (DUE TO PFP NOT HAVING A SUBSTITUE REPLACEMENT FOR MS. HOPKINS ON HER CLINICAL TEST DATE OF 1/4/2019 AS WAS SOON TO RESIGN FROM POSITON W HER SON SHORTLY AFTER)that led to client having a behavior which led to a planned CRISIS situation that injured worker due to not only PFP failure to act, but also THE PARENT failure to act as well in a timely manner/ISP, instead she stalled and waited till it was all over. Ms. Hopkins divulged too much information to the parent about her future endeavors from day 1, do it it being a temporary assignment, that led to the demise plot scheme that ended her career with a charge and conviction of Assault and ruined reputation. She further conspired with others in editing out son's extreme violent acts rage and anger of severely striking his worker almost immediately as he got out of the back seat of her car, slamming her door. She gave misleading and at times false testimony.

She was the person in fact that told Ms. Hopkins to take your son to the Villages of Apex Club House, during a crisis. She knew the plot would be caught on their surveillance cameras, under oath you stated you came at 11:45 and it took you only 6 to 7 minutes to arrive after being called by Ms. Hopkins at Target at 10:25am. When you arrived you stated, Rosie I know it was not you it's him, but oddly underhandedly record with her cell phone as she attempted to get him out the back seat of Ms. Hopkins car, Apex  now has labeled as the **"family video,"** and keeping is concealed, but informed Ms. Hopkins they have it**.** Zackary, yelled in her face and refused to leave with her, staying with the person he wanted to be with, now that their dirty deed was over, but not before he yelled at the top of his lungs right in her face,"**YOU ARE A BIGGER OF A**

**LIAR THAN I AM.**" The client told, Ms. Hopkins a week or two prior to 1/2/19, *"IF WE WANT TO GET RID OF SOMEONE WE KNOW WHAT TO DO."* (SET UP) Natasha Murdock is an eye witness they are all and have been concealing, blocking, and hindered her in giving testimony.

**Charge of Discrimination: RACE/RETAILATION Conspiracy Tamper w/ Evidence**

Note: Every shred of evidence from 1/2/19 to current, Ms. Hopkins have shown or informed the employer, attorneys', and courts in District/Superior/ & The Industrial Commission the conspirators have continued to create illusions and lies to even cover that up and at this point it is utterly ridiculous to say the least; to the point they are now considering throwing out the video surveillance altogether because they are ***BUSTED!***

Ms. Hopkins argued as ProSe Litigant that Anthony Sacco should not be used as the Prosecutor's Expert witness to authenticate the very surveillance footage he was the first to edit to FRAME Ms. Hopkins, it's not his profession. Why are they now attempting to use that same arguments in throwing the video footage out as of May 21, 2021, but it is undermined if it has been confirmed by Judge Keith Gregory. Furthermore, the case should have been thrown out dismissed completely because it was all based on *HEARSAY*, factitious evidence and false testimonies. – Judge Dennings and Prosecutor Austin Braxton- BRADY VIOLATON to say the least.

*They are still trying to find a way out and cover up their wrong doing in continued efforts to get Ms. Hopkins convicted at Jury Trial and or put the case off for years, further ruining Ms. Hopkins life even further, as **Mary Ashton S.** stated, "I've had cases on the docket since 2016" Ms. Hopkins, its 2021, what are you saying, you going to drag my case past statue of limitation then dismiss it years later, when you all feel that you're in the clear?*

*How is Ms. Hopkins supposed to live her life with a pending assault charge in her profession? She can't, who would want to Hire her, with that lie plaguing her criminal record factiously created by the conspirators? They know they were and are in the wrong and unlawfully*

*intentionally took a innocent person's life who was right at her big break after working various positions for the last 20 years and now getting ready to do what she loved an chose a career in, she spent well over 100,000,00 to get all ruined in the matter of minutes 20 long years down the drain, name ruined, for prejustice and raciest people discriminating against her for a unsuspecting, planned attack and edited footage that was used to frame her, ended her life to provide for herself. They all spent the last 2 ½ years thus far, cover up this case up from being EXSPOSED. Ms. Hopkins have about 500 page document of exhibits that exposes all of their lies along with video's, audio's, and photographs in proving her innocents and injuries.*

## **UNEMPLOYMENT NOTICE OF HEARING**: ACCORDING TO NCDC APPEALS

KERRY BOVA-ADJUDICATOR 19-LA-001445 Decision Date: 2/11/2019
HEARING ISSUES: **Left work without good cause attributable to the employer, GS 96-14.5 (a)**
**Was discharged for MISCONDUCT connected to the work. GS 96-14.6 (b) (c)**

CONCLUDED DECISION JUDGEMENT: **CLAIMANT "IS NOT" DISQUALIFIED FOR BENEFITS.**

**Ms. Hopkins won her cases against Employers' Appeal to stop payment of benefits.**

**During Ms Hopkins employment she was subject to different terms and conditions of employment.** Ms Hopkins was subject to not being given Zackary's ISP Plan past or present/November Update while working with the client served by Pathways for People Inc. Ms Hopkins was not allowed into the Individual Support Team Meeting by Karen Beaty, Zackary's Guardian/Parent. Ms Hopkins was not given or recall reviewing Pathways for People Inc policy booklet; she was given only videos and multiple choices test for the hiring process. Ms Hopkins was told to sign the documents and was told she would be given the additional information/booklets/ISP/ at a later time that was mentioned in the documents signed, but that never happened.

**Defendant PFP was unethically responsive to Ms Hopkins complaints about her volatile inhuman treatment and assault she suffered**. PFP would always in hearings or when giving testimony refer to "what Ms Hopkins said or stated", but they yet still ignored, disregarded, terminated/ discarded her at Pathways For People Inc. Thinking all their secrets would not be revealed. The made her feel 1-2-19 / 1-8-19 that everything was okay and that she would get a fair investigation, she just knew the video would show them everything she said that happened therefore she was not worried about her statement not being confirmed by surveillance footage; until she saw what they had done in framing her. "THEY EDITED IT TO FRAME HER."
**Plaintiff filed a charge of employment discrimination with EEOC on or about 4/2/2019 she was given miss and incorrect information by the agent and returned again on 12/30/2021. The EEOC finally released the right to sue on 3/26/2021.**

During the suspension period Ms Hopkins noticed there were suspicious activities, statements, behaviors, and alterations (edited to frame) done on the video clips conspiring from all defendants at that time, listed above and thereafter who were actively participating in the investigation process. Thereafter, the disparate treatment became more severe and thereafter, then out of nowhere Ms Hopkins was terminated on 1/9/2021. The mistreatment continued with all defendants that is currently still ongoing to date.

**Defendant PFP informed the plaintiff in the unemployment appeal,** The police officer that viewed the video with us that day, uhm which was the day we terminated Ms Hopkins we were told what he view on the video that charges were being pressed against her. Inaudible that is what we were told that day before we left.

So everyone knew Ms. Hopkins was being charge except her as of 1/9/2019, but she was charged and arrest on 4/1/2019 (April Fool's Day), but terminated 1/9/2019.

Reason for gap: Allegedly due to continuing to edited the footage to get it just right to frame her.
**Both Judicial Courts District and Superior have disregarded and or denied Ms. Hopkins**

**Motion for Self-Defense and failure to acknowledge and apply the law accordingly among others.**

**GS 14-15.3 USE OF FORCE IN DEFENSE OF PERSON; RELEIF FROM CRIMINAL OR CIVIL LIABLILTY.**

**Defendant chose to leave the incident/attack by walking away an informed the aggressor of HER surrender and or to stop, and the aggressor pursued HER anyway. The plaintiff responded to the presentation of a conflict with excessive force rapidly and repeatedly to the defendant.**

**GS 14-15.3** Use of force in defense of person; **RELEIF FROM CRIMINAL OR CIVIL LIABLILTY..**

a) A person is justified in using force, except deadly force against anther when and to the extent that the person reasonably believes that the conduct is necessary to defend himself or herself or another against the others imminent use of unlawful force. However, a person is justified n the use of deadly force and does not have a duty to retreat in any place he or she had the lawful right to be if either of the following applies: 1. He or she reasonably believes that such force is necessary to prevent imminent death or great bodily harm to himself or herself or another. 2. Under the circumstance permitted pursuant to GS 14-51.2

b) *GS 14-51 3A IN SEVERAL CASES, THE COURTS HAVE REVERSED CONVICTIONS FOR THE FAILURE TO INSTRUCT THE JURY ABOUT THIS RIGHT.*

The defensive force statue incorporates the concept of **"reasonable necessity"**---that is, that a person may use defensive force if reasonably necessary to defend against harm (although reasonableness is presumed in the statue of defensive force therefore remain significant in interpreting and applying the statutory provisions. Among other things, as

under the common law, a defendant may offer evidence about why he or she had a reasonable apprehension of harm from the victim, including evidence about prior violence by the victim. See State v. Irabor, NC App 822 SE E2d 421 (2018) (holding that such evidence supported instruction on statutory self-defense). The cases rely on other common law principles in addressing the statutory defenses, such as the requirements that the evidence must be considered in the light most favorable to the defendant when determining whether the defendant is entitled to a jury instruction on the defense. ID; see also State v. Coley, above. The **common law** is also additional rights.

**Ms. Hopkins never denied extending her arm in fear and self defense, after THE CLIENT raised his arms/hands to attacker her again and he did as she perceived. The client had already been beating/striking Ms. Hopkins repeatedly and proven not to be taps or pokes, but martial art form hand strikes with knuckles, three/four fingers and fist, that caused server pain to her, in her neck, arms, shoulders, nerves, muscles, and back well over 15 times hard and fast that were a form martial art hand strikes; only about a couple were not out in the parking lot before entering into the building. After entering the building he began reinjuring her arm should that were already tender from his previous strikes, he became less aggressing as he knew people were watch, but as soon as we turned the corner, he began pulling and tugging on Ms.Hopkins attacking her again at one point just before entering he had a balled FIST pointed to the back of her HEAD, AS they turned the corner by the restroom, he started hitting her shoulder yet again, she raise hand to single for him to stop hitting her. The crime "assault on a female" had already occurred, long before the accusation of Ms. Hopkins response. The Courts and Officer failed to**

**investigate properly and disregarded the facts of the case and just decided to**

**conspire to discriminate against Ms. Hopkins by the use of manufactured evidence**

**and false testimony of witnesses, brought against her by the state.**

### "EVIDENCE TAMPERED WITH"

### HAS BEEN CONFIRMED BY EXPERT

1. On 4/22/2021, it has been confirmed by an expert Mr. Clay, Video Editor that in fact the footage has been edited or missing clips on a signed affidavit notarized.

2. At this time as of 6/8/2021, unfortunately the conspirators and those of (Wake County Judicial District and Superior Branch, along with Workman's Compensation Industrial Commission) are all still trying to cover up and conceal the truth even to the point not of not using the video altogether, to further convict Ms. Hopkins or prolong the Jury Trial for years in order to avoid or escape their wrongdoing, unlawful acts, and deeds of obstruction of justice in order to still frame an innocent person.

Brady Rule
Offering false evidence - <u>Rule 3.3</u>(a)(3), <u>Rule 3.4</u>(b)
Evidence

-Alteration/destruction of - <u>Rule 3.4</u>

-Failure to disclose - <u>Rule 3.4</u>, <u>Rule 3.8</u>

-Obstruction of access to - <u>Rule 3.4</u>(a)

-Offering false evidence - <u>Rule 3.3</u>(a)(3), <u>Rule 3.4</u>(b)

-Wrongful conviction, evidence of - <u>Rule 3.8</u>(g),(h); <u>Rule 8.6</u>

**According to: Rule 3.8 Special Responsibilities of a Prosecutor**

**When a prosecutor knows of new, credible evidence or information creating a**

**reasonable likelihood that a defendant did not commit an offense for which the**

defendant was convicted in the prosecutor's district, paragraph (g) (1) requires prompt disclosure to the defendant. However, if disclosure will harm the defendant's interests or the integrity of the evidence or information, disclosure should be made to the defendant's lawyer if any. *"Disclosure must be made" to the North Carolina Indigent Defense Services ( NCIDS) or , if appropriate, the federal public defender, under all circumstances regardless of whether disclosure is also made to the defendant or the defendant's lawyer.*

Ms. Hopkins can't be any further harm than what they have already done so that will not be a usable excuse, if used. Furthermore, Ms. Hopkins was the one who gave them new and credible evidence and information's, of which they already had from video to a photo. Moreover, they also have additional information that is being concealed to all prove Ms.Hopkins innocents even further poss. body cam, bakery video, family video, cell phone records, eye witness Natasha, and text messages.

This is one of many violations of Rules/laws Wake County Prosecutor's Office has violated.

(a) A prosecutor has the responsibility of a minister of justice and not simply that of an advocate; the prosecutor's duty is *"to seek justice"*, *not merely to convict* or *to uphold a conviction.* (However, this is what they are doing in Ms. Hopkins case upholding wrongful conviction) This responsibility carries with it specific obligations to see that the defendant is accorded procedural justice and that guilt is *decided upon the basis of sufficient evidence.* Precisely how far the prosecutor is required to go in this direction is a matter of debate and varies in different jurisdictions. *ABA Standards of Criminal Justice Relating to the Prosecution Function is in question. A systematic abuse of prosecutorial discretion in wake county should constitute a violation of Rule 8.4. as it pertain to the Ms. Hopkins being a victim of systemic racism to say the least.*

*According to:* Rule 3.4 Fairness To Opposing Party And Counsel

*(b)* Erin Becker, Austin Braxton, and Mary Ashton Slagle, and Michael Denning.

*(c)* A lawyer shall not:

*(d)* Unlawfully obstruct another party's access to **evidence or unlawfully alter, destroy or conceal a document or other material having potential evidentiary value.** A lawyer shall not counsel or assist another person to do any such act;

**Falsify evidence, counsel or assist a witness to testify falsely, counsel or assist a witness to hide or leave the jurisdiction for the purpose of being unavailable as a witness, or offer an inducement to a witness that is a prohibited by law.** *Knowingly disobey or advise a client or any other person to disobey an obligation under the rules of a tribunal.*

**Erin Becker, Austin Braxton, and Mary Ashton Slagle, Michael Denning and Keith Gregory.**

According to: 18 U.S. Code § 1512 Tampering with a witness, victim, or an informant. A)prevent the attendance or testimony of any person in an official proceeding. B) prevent the production of a record, document, or other object, in an official proceeding.

## Defendants in Case

k) Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy. (b)Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to—(1)influence, delay, or prevent the testimony of any person in an official proceeding;(2)cause or induce any person to— (A)withhold testimony, or withhold a record, document, or other object, from an official proceeding;(B)alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; (2)cause or induce any person to—(A)withhold testimony, or withhold a record, document, or other object, from an official proceeding;(B)alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding;(C)evade legal

process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or(D)be absent from an official proceeding to which such person has been summoned by legal process; or (3)hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a Federal; **shall be fined under this title or imprisoned not more than 20 years, or both**.

Rosie Hopkins was employed by Pathways for People Inc from October 31, 2018 till termination on January 9, 2019. Through false and altered evidence that was allegedly substantiated by the Employer Pathways for People Inc through the NC Department of Health and Human Service Pamela Gilyard RN and Stella Hayes RN.

### 15.13 Retaliating against a witness, victim, or an informant
(c) If the retaliation occurred because of attendance at or testimony in a criminal case, the maximum term of imprisonment which may be imposed for the offense under this section shall be the higher of that otherwise provided by law or the maximum term that could have been imposed for any offense charged in such case. (e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, ***including interference with the lawful employment or livelihood of any person***, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both.
(f) Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

## Karen Beaty and Zackary Beaty (client)

It's alleged and believed these two devised a plot scheme to obtain program security, by plotting the client 'into becoming aggressive and having a behavior that led into a crisis on 1/2/19 against worker, in getting any form of the workers' reaction caught on camera to manipulate and frame her of abuse. The plot was due to client's history of inability to maintain workers, due to his aggressive, explosive unpredictable behavior of manipulation of situations for a beneficial gain that resulted in further systemic racism etc...,

The client is documented as a "COMMUNITY RISK" of self injurious behaviors and a danger to others. Karen the legal guardian/parent under oath 6/19/20, reported her son was at home with her for about 3 months prior to Ms. Hopkins accepting his case as a temporary work assignment.

She did not want him home with her during the day. Karen testified he HITS her and it hurts rating the pain #5. Why he was home with her is the question, when he had billable servicing hours at Q1? At the time, Ms. Hopkins was leaving his case for prior employment offer of making about 40- 50,000.00 and after expecting to passing her Clinical Exam before blood poured out on the desk at computer station as she tested, from Zackary, shoving her in the door/wall slamming her head, on 1/4/19 she had the opportunity of making about an additional 70,000.00. She only made 13.00 hourly working with the him. Karen, the mother knew his long run and difficulties with the prior company Q1 as it pertained to her son behavior(s) and various issues with hired staff. This was more than causality likely caused by her son, but more than likely staff untimely faced the blame and consequences, due to client making employees job extremely difficult at times. Ms. Hopkins told Karen all of her plans every step of the way of interviewing for AFL clients, her test dates, and time was drawing near that Ms. Hopkins would no longer be working with Zackary. Karen informed Ms. Hopkins that she and Zackary were up set an angry she was leaving them.

It's alleged due to belief of actions, behaviors, and statements that were made by them. They intentionally, strategically planned this attack. Karen being the driving force out of being in the state of

panic Ms. Hopkins was leaving and a replacement would not be found in time. She if new company PFP found out how difficult he can be and expected high staff turnover will be having him, she needed to secure a plan and his position at within the organization at PATHWAYS. She used Ms. Hopkins not only once, but twice in pressuring her to get hired by PATHWAYS literally demanding her through hassling hounding an texting her to take her son off PFP waiting of only working with him 2 to 3 weeks or so, due to no one picking his case to work on PFP waiting list, she then turn around an secured his position by framing Ms. Hopkins of assault, after Ms. Hopkins informed her that she will be leaving due to time drawing near once a client is secured in AFL, by Ms. Hopkins second employer out of Sanford, NC.

Once Karen was informed after repeatedly telling Ms. Hopkins to make sure Jamie has a replacement substitute. Jamie QP Supervisor said, she didn't know and was use to only Ms. Hopkins working with him. Ms. Hopkins informed Karen in text and verbally her test date is close. Karen told Ms. Hopkins to ask again if Jamie had a substitute for that day. Jamie flat out told Ms. Hopkins, "NO, we don't have a substitute on the day of your test," 1/4/19. Ms. Hopkins related the message of them not having a substitute. On January 2, 2019, two days before the 4th Ms. Hopkins exam date, out of now where she was in a full fledge Crisis getting beat and severely struck multiple times up and down the Villages parking lot, by the aggressive irate client severely on camera. The mother knew she would be called concerning his behavior due to being the rule and norm; she just sat back and waited.

Karen instructed Ms. Hopkins to take her son to the clubhouse, in a crisis, but not home with her, which was odd and strange to Ms. Hopkins, but she did as instructed. However, it all made since if she wanted it caught on camera. It appeared she stalled and waited till the crisis was over before she appeared or was qued/ called by VOACH staff to come. Hence: ZB statement: IF WE WANT TO **GET RID OF** SOMEONE WE KNOW WHAT TO DO AN RECORD THEM," what better way to catch everything at the club house.

The client was volatile and aggressive in the car and out. The client was the perpetrator--person who assaulted his worker, Ms. Hopkins multiple times ever before the two entered into the Club House, it

states in the police report the client admitted to repeatedly tapping on her shoulder to get her attention, (photographs of the actual video footage show FIST AND KNULED STRIKES colliding into Ms. Hopkins body also, Ms. Hopkins scream at one point STOP, before running away from him due the intensity of the pain) none of which were mentioned or documented, instead they were down played and covered up. Until Anthony admitted he struck Ms. Hopkins under oath, but referring to the rest room incident. He continued to tap on her shoulder, Officer Sean wrote. They down played all of his server hand strikes with the words tapping and poking. There were few times he tap or poked.

The rest and majority were very server and down in the muscles, tendons, nerves, neck, shoulders that felt like a jack hammer etc.. The client used martial art form hand strikes, closed fist strikes at strategic times throughout the attack, to inflict bodily harm to Ms. Hopkins in hopes of getting a usable reaction and when he felt it failed he placed his hand on top of his head, making it appears as if something happened that did not (the client/mother should have been and still should be charged with assault on a female, exploitation of her disabled son, in using his disability to gain benefits etc).

This is one of the main reason they all conspired with The Village of Apex Club House staff to remove clients' volatile scenes attack on his worker as much as possible, condensing about a 35 minutes or more video footage down to only about 3 minutes, to avoid liabilities. The original scene was horrific an inhuman seeing Ms. Hopkins running, and yelling hysterically for help, throughout the halls, and directly in the camera that Anthony and Pamela deleted, as her **client antagonized and tortured her inside and out** her severely hurting in attempt to cause her to react, so he and his mother could frame her.

Ms. Hopkins merely acted in fear and self-defense extending the only 1 arm she had, after he rose his hands up to attack her again and struck her as she perceived and did, prior to that he struck her over 15 times in the parking lot alone, that were painful to say the least. There was one scene he hit with intent to cause injury in her near her car right after he got out, but they completely cut that horrific scene out, that is how bad it was and the scene in the rest room where he slammed her soo hard, hitting her head, she flew in the air off her feet. Ms. Hopkins was grabbing her chest and heart gasping for air.

Now, when it came to the client Zackary Beaty, it was reported by his own mother/legal guardian under oath 6/19/20, the client was not harmed or had any pain, no bruise, scratch, or complaint of Ms. Hopkins hitting him on 1/2/2019. However, when the officer arrived to conduct his investigation with Karen and Zackary he told the family what he witnessed and that they were not in trouble, Zackary story mysteriously changed and now he was hit not only in the alleged shoulder, but now 3x to the BACK of the head. There was never any actual contact seen in that particular moment of footage, only an illusion of such through altered video of body movement. Due to the angle of the camera/door being cut off no one could actually see any contact made from Ms. Hopkins to the client, although it appeared as such, but no solid strike was ever shown. According to the Office Narrative Zackary states he started to tap on her shoulder repeated to get her attention. He stated he continued to tap on her shoulder and then they both went into the bathroom. Mr. Beaty while in the bathroom, Mrs. Hopkins struck him three on the head. Officer Sean Myers, wrote: I completed the charge for assault on a person with disability and got 19CS200588 was confirmation. He said, he called and requested Ms. Hopkins and she wanted to schedule for January 10th at 1pm. If it serves correct THE CHARGE Sean Myers placed on Ms. Hopkins, was NOT even written in HIS POLICE NARRATIVE, of striking the left shoulder, THAT'S WHAT HE TOOK THE WARRANT OUT ON HER FOR. So how does an Officer conduct an investigation and not investigate the crime he alleged occurred and sought a warrant for and THE issued DATE on was 1/9/2019, but focus on something that never happened, furthermore, he lied and said she hung up on him, but failed to tell they had a long conversation and told her, he just wanted to talk to her and he told her she was not being charge. So he lied again. However, Ms. Hopkins was ARRESTED on APRIL 1, 2019---

APRIL FOOLS DAY, 3 MONTHS LATER.

She informed him she did not see a strike actually touching his shoulder in the video and asked did he, he said, no. She further said she did not recalls hitting/striking him, and that her employer and the state was conducting their investigation as well and was waiting on that outcome. Now, can you all explain what kind of investigation did he conduct in the matter of that afternoon and evening, yes he did his process, this was not a fact finding w true probable cause. He immediately discriminated against Ms. Hopkins and

legal used his authority and power to turn it all on her. Lori Nelson she too experience cultural issues with a Apex Police Officer, who is her neighbor as she and her children supported the BLM cause, she was retaliated against because of this, in the same organization Ms. Hopkins suffered carried out unlawful acts purposely done against her including, but not limited to conspiracy to frame that ruined her life.

The footage had been severely edited at the VOACH and during the time the District Prosecuting Office of Wake County had it in their possession, it had been altered again, to further frame an innocent person Ms Hopkins, on 6/19/20 of one entire ongoing 3 minute clip shown by Wake County Prosecutor Austin Braxton, now broken back down in to separate clips of about 20, as of March 2021. Officer Sean Myers said, the Prosecution has their own equipment to make changes to as needed. Which now explain additional changes or adjustments. Charis Link attempted to retrieve it for review or get a copy at at the time she was Ms. Hopkins Public Defender, but was told it was not in the file and that the prosecutor had it, but was out on vacation. Austin and others were shocked that Ms. Hopkins pointed out in court all of the manufacture edits that were done, so to avoid the Jury seeing them as well they placed them back in to several clips, and now new ones they had on standby has been added showing about a 19 minute clip of the lobby/workers, that had been taken out from the start and added back into the footage, Ms.Hopkins driving into the parking is also missing, Ms. Hopkins walking to the building standing infront of the 3 windows under the camera alone, and numerous other clips are missing. During district trial, the footage shown by Austin Braxton, skipped 5 minutes, had several glitches, and people appearing oddly and strange within the scenes, mid parking lot, maintenance man appeared in thin air etc.

Ms.Hopkins only acted in the moment after attempting to get behind the door to shield/create a barrier between her and the client, he blocked the entrance/exit, now facing her, drew his hands up to strike, when "he rose both his hands up towards her" to attack again as she stood defenseless an in fear with only one arm she extended to defend her self out of fear of being cornered and feeling deserted and helpless,

bagged in a closed deserted corner of the restroom where the perpetrator followed her to attack in getting her to react for the camera.

She constantly tried to walk or get way from him. He is normally the person that leads or goes in front of Ms.Hopkins (He followed her as the perpetrator and at one time chased her down up the side walk after she attempted to run an get away from him). She told him to stop several times and redirected him, but he failed to follow her instructions. Ms. Hopkins attempted to shield herself, behind the door from her attacker hand strikes, at least until Karen arrived she thought. The guardian who should have been there failed to show and left Ms. Hopkins in unsafely working conditions which was willful intent of neglect and abuse of using her son to attack his worker for program security and ruining her career due to she reporting not having a career and having to be a stay at home mom. Who according to the client attempted suicide because of having to take care of an Autistic child, whose is now an Adult man and at the time of the incident. Karen was spiteful and vindictive to say the least and Zackary was right, she is a bigger of a liar than he is, as confirmed on June 19, 2020.

Ms. Hopkins feared for her safety as the client blocked her in and cornered from leaving. Karen used her son as a secret weapon against his worker to obtain program security. BADGER GAME SCHEME: The two are highly intelligent of using client's disability, rights and the law in covering up their wrong doing then playing the victim. As evident of the clients' statement: ***"IF WE WANT TO GET RID OF SOMEONE, WE KNOW WHAT TO DO AND RECORD THEM."***-Eye Witness Natasha Murdock and Rosie Hopkins, a week or two prior to 1/2/19. The client also stated, "Rosie do you know what I've had 10 worker in the past year an that is NOT including the weekend, and smirked about it as if it were a game to him.

He also go t fired from Food Lion as a sacker for telling people/customers as he stated, "GET YOUR SHIT AND GET OUT."


*Karen stated on 6/19/2020, UNDEROATH "I did not see a HIT, I thought it was a push."*

Karen reported, it was NOT until Officer Sean Myers arrived, now the client is saying, Ms. Hopkins hit him in the back of the head 3x. Karen reported, he never said, Ms. Hopkins hit him, whether <u>in the back of the head 3 times</u> or at all, not until the officer came, so where did that slanderous lie amongst others come from? *The mother reported she did not want NCI USED on her son in the event he became aggressive* <u>(Not even the NC Intervention that was approved at one point by the State.)</u> At the end, of the day he is a grown adult male extremely strong and Ms. Hopkins is a female he was never afraid or ever complained of being fearful, or hurt, but she did. <u>Please tell me how is one to protect themselves with that in place with a person with known aggression and explosive behaviors of not using the state's recommended restrictive intervention for a volatile, hostel, and calculating, aggressive, unpredictable, manipulative highly intelligent and knowledgeable client that intentionally and willfully sought to and caused harm to his worker.</u>

**Officer Sean Myers stated," I asked if she would want to press charges for the assault that occurred inside the bathroom** *beyond what the camera caught*. *She stated*, **she needed to think about it and would let me know**. I provided her with the report number and a contact phone number."

<u>**Client assaulting their worker, but the worker get blamed for it and placed on the healthcare**</u>

<u>**registry.**</u>

According, to the state personnel at DHHS Hearing Committee Office these type of cases is not unheard of and happens more often than not. *Ms. Hopkins demand the courts by the power that be use this case as an example of wrongful prosecution and legal guardian-parent and clients schemes, in the behavior heath field as a lesson that they too can and will be prosecuted to the full extent of the law; along with Prosecutors/Judges who willfully fraudulently and knowingly convicted and concealed/dismissed or disregarded or not allow pertinent evidence in proving Ms. Hopkins <u>innocents be held liable and punished to the highest extent of the law of the state of North Carolina.</u>* Behavior health workers are first responders and should be protected in the event of a **malicious act** caused by their client and should not be wrongfully accused or prosecuted. Ms. Hopkins followed the Rules/Job Duties/Instructions, as best to her knowledge under the unforeseen distress and circumstances in Crisis.

**Employer:**

# PATHWAYS FOR PEOPLE INC.
## Michelle Sullivan and Gloria Averez-Rothrock

**Re: Rosie Hopkins v. Pathways for People, Inc.**
**IC File No.: 20-044326 - Date of Accident: January 2, 2019**
**Carrier: Accident Fund Insurance Company of America –**
**Claim No.:**
**AFC230348860**
## WORKMANS COMPENSATION

An employer, who was aware of the likelihood that his employee will be injured in the performance of his work unless precautions are taken for his safety, but deliberately fails to take such precautions, **is liable for willful misconduct.**

§ 97-6. No special contract can relieve an employer of obligations. No contract or agreement, written or implied, no rule, regulation, or other device shall in any manner operate to relieve an employer in whole or in part, of any obligation created by this Article, except as herein otherwise expressly provided. (1929, c. 120, s. 7.)

Work Related Injury Or an Occupational Disease

**THE EMPLOYER SHOULD:**
Provide all necessay medical services to the employee.
Report the injury to the carrier/administratior and file a Form 19 Report of Injury within 5 days with the industrial Commission, if the emploee misses more than 1 day from work or if cummulative medical costs exceed 2,000.00.
Give a copy of your complete Form 19 to the employee along with a copy of a blank form 18 Notice of Accident.
Ensure that compensation is promptly paid as required under Workers' Compensation Act.

**THE EMPLOYEE SHOULD:**

Report the injury or occupational disease to the Employer immediately
Give written notice to the Employer within 30 days.
File a claim with the industrial Commission on a Form 18 immediately, but no later than 2 years from injury date or occupational disease.
Give a copy to the employer.
If medicial treatment and wage loss compensation are not promptly provided, call insurance carrier/adminstrator or request a hearing before the Industrial Commission using a form 33 for Hearing.

1.       On 1/2/19, Supervisor Jamie West-Haddock, failed to follow health and safety regulation of **"Imminent Danger":** Any condition or practice is in any place of

employment which are such that a danger exits which could reasonably be expected to cause death, or serious physical harm immediately or before the imminence of such danger cam be eliminated through the enforcement procedures otherwise provide by Article 16. Occupational Health and Safety Act of North Carolina. Jamie saw the client in irate state in the back of Ms. Hopkins car, but failed to act in accordance to the law. **Instead, before hand, she said, "Were not dealing with that behavior today," but left Ms. Hopkins in vulnerable/dangerous situation.**

2. 10/31/19, Rosie Hopkins was employed by Pathways for People Inc, a corporation that is governed by the State of North Carolina and receives state funds for its NC Waiver Program that service individuals with developmental disabilities.

3. Ms. Hopkins exhibited an extraordinary ability to perform her duties as a Habilitation Technician during that time and was generally regarded as being highly competent at her job and never once written up for misconduct or had personnel issue and appear to have gotten along with her co-workers quit well, due to subjection compared with other staff members.

4. 1/2/19, During Ms. Hopkins employment; she was subjected to different terms and conditions of employment as the result of her employers' willful neglect to act ultimately resulted in injury to Ms. Hopkins and wrongful termination along with ruin reputation of a wrongful conviction of abuse to an aggressive client, who's documented as "community risk". She was subjected to being placed knowingly by her supervisor *in a **hazardous** situation* with a volatile client, without any precautions taken for safety by the employers, she looked to help aid and guide her in times of

need and or guardian and or guardian for that fact, since the meeting and other document were withheld from her.

5.   Defendant Pathways for People Inc, was unresponsive and or denied in disregard of Ms. Hopkins complaints and request for direct supervisor Jamie West-Haddcock witness testimony/statement to be given or retrieval of the full video surveillance.

6.   Defendants Pathways for People Inc have constantly concealed vital testimony from Natasha Murdock, the employee who also witnessed ZB stating, **"If we want to get rid of somebody, "we" know what to do and *record them.*"** This was a week or two prior of the attack on Ms. Hopkins, caught on The Villages of Apex Club House video surveillance of their community center. The mother Karen Beaty instructed Ms. Hopkins take him to the Club House, where she would meet them, but failed to show in a timely manner or as stated she would, only living 3 minutes away, to assist with the Crisis.

7.   On or about, 1/2/19, Defendant Pathways for People Inc. Michelle Sullivan and Gloria V.Roth-Rock *was prohibited* by Karen Beaty to take a statement from the client Zackary Beaty (using her legal guardian right card), concerning the alleged incident/attack. He was not allowed to speak with P.F.P. concerning the alleged assault at that time. The mother exercised her legal guardian rights. Red Flag

8.   Defendant Pathways for People Inc. failed to report the injuries of Ms. Hopkins to its carrier at the time it occurred or in time frame nor reported it to the industrial commission within 5 days that is mandated.

9.   Ironically, Pathways for People Inc *__immediately reported__* the incident to the IRIS System, APS, and the Health Care Registry. Pathways *__immediately__* suspended Ms.

Hopkins the same day 1/2/19 right after Karen called them to inform them about the incident, then terminated Ms. Hopkins on 1/9/19, after they corroborated with others to make it appear as if she was the aggressor and the person who allegedly assaulted the client. Ms. Hopkins reaction was mere self-defense and fear, psychological reaction to a stressor, after getting struck multiple times very hard by the client from the parking lot into the building, currently suffers from PTSD, due to the attack and ongoing legal issues, of a wrongful malicious conviction/appeal in superior court.

10.     Defendant(s) failed to provide medical services to Ms. Hopkins after sustaining injuries on 1/2/19 even after knowing injuries occurred. Ms. Hopkins wrote a report of the incident explaining events of injuries; this was given to the employer within 10 days. Ms. Hopkins struggle to recover mentally and physically from the torment/injuries caused leaving her no choice, but to file WC Claim within 2 years, to regain her since of self and life back.

11.     Defendant failed to give a copy of their complete Form 19 to Ms. Hopkins along with a copy of a blank for 18 Notice of Accident.

12.     Defendant failed to get a copy of the the unedited video surrvalance or any copy for their records to review as requested and pleaded by Ms. Hopkins, even after she told them it was edited. During the Unemployment Hearing, Pathways for People Inc, said they did not need a copy of it nor did the state request a copy either for their record/investigation. *This is fasle the state has a copy.*

13.     Pathways for People Inc. conspired to conduct an improper, unethical, and unlawfully investigation to say the least, to cover up planned attack, to ruin Ms.

Hopkins career, obtain program security, and to avoid liability. Ms. Hopkins higher

education exceeded her supervisor's and many others at Pathways for People Inc.

Unemployment Hearing Sworn Testimonials 4/9/19:

MICHELLE TESTIMONY---Her explanation was that she was being attacked by the client he had caused her physical pain she was running from him, I believe her explanation he was taking his hand and hitting her in a particular area that was causing pain in her body and that she could barely walk and it was causing PAIN TO HER.

GLORIA TESTIMONY----5530 When I talk to Rosie ahead of time she described the incident as she was running away, she was getting hit so hard that the pain was so much she couldn't barley walk and *she's screaming* and there is no sound to the video, but *there is not anything in any part of the video shows* that 5558 *she couldn't walk or that running away from him.* She was walking and he was poking Rosie as a kid would in order to get attention. *Uhm the statement she described to us "was completely different"* than what was on that video.

According to the Managing Staff statements of Ms. Hopkins explanation of the horrific

event, Why did, Michelle and Gloria failed to yet still act in accordance with the law, rules,

and regulation that they are governed by? Instead Ms. Hopkins was discarded, suspended,

and terminated unlawfully, through their collaboration with others of given a false illusion of

severely edited manipulated manufactured video surveillance footage of a horrific attack to

solidify their story.

To unlawfully avoid paying worker compensation and additional liabilities due to Ms.

Hopkins sustained injuries during work hours and on duty. (Fraud)

Pathways for People Inc, Jamie West, Michelle Sullivan, Gloria A. Rothrock, failed to follow or

take responsibility for not applying proper rules and regulation governed by the state of North

Carolina General Health and Safety Rules with OSHA Occupational Safety and Health

Administration and the Workers Compensation Industrial Commission as it pertain to hazard work

condition. This lead to a worker Ms. Hopkins getting injured. They failed to conduct a proper

investigation when it came to their employee/liability stand point and to make sure the

information they received and viewed was accurate and correct, even after the employee, informed them the video footage was edited to frame her, they still failed to act. As time passed and time drew near to on or about March 7, 2020, Trial they were subpoenaed to testify in, but sabotaged by the prosecutors/ office tactics. *Ms. Hopkins thought maybe PFP was innocent to some extent, but not all*, however, they said **(we did not see him hitting your car, we saw you all at the car, but we did not see anyone hitting the inside of the car, but we saw you two at the car)** of participation in the conspiracy (EVEN A BLIND MAN COULD SEE THAT)-THE FOOTAGE WAS EDITD. Ms. Hopkins went to the office, and discussed in detail and re-explaining how she was framed to Michelle and Gloria then informed them the others and the club house were lying to them about everything, to give them an opportunity to be cleared to some extent, but not all.

Gloria and Michelle (Pathways for People Inc) then almost instantaneously hired an attorney to file **quash motion** to keep the truth from being revealed and the eye witness Natasha Murdock, and Michelle Sullivan from testify under oath on or about 3/2020. This confirmed they were just as guilty as the rest and knew exactly what they were doing and knew there were several video's cut. They did not want Natasha testimony of ZB statement, being put on the record, **"If we want to get rid of someone we know what to do and record them,"** which would prove Ms. **Hopkins** **was** **set** **up.** **They** **"all" conspired to STOP THIS TESTIMONY FROM DAY 1.**

On 1/9/19, Officer Sean Myers called to have the employer Pathways for People Michelle and Gloria to meet him at the club house to discuss **"his process"** and to view the video footage. *The*

*two Gloria and Michelle testified/agreed that the footage was reported and viewed was ongoing with no stops,* which is conflicting information. However, it is true the initial surveillance system VOACH had at the time of the incident and before was **ongoing constantly running**. Consequently, they had to change their story once the edits and lies started to pour out to cover it up with now, stating the footage was *motioned censored*. **THE SURVALANENCE SYSTEM VOACH HAD BEEN *STRICTLY ONGOING* CONSTANTLY RUNNING AS OF 1/2/2019 AND BEFORE.** AS OF March 2021, Debbie Gabrielle mentioned they had additional cameras added after the incident here more recently.

Officer Myers, acted out of his profession and in the role of a video expert in telling PFP Gloria and Michelle *there was no way possible the video footage had been altered.* When he the staff and Ms. Hopkins all watched Zackary slam her against the wall/door as her head collided into it another deleted scene. He then informed them that day that he was pressing charges against Ms. Hopkins for assault, but did not tell her.

Ms. Hopkins never received any disciplinary action or write ups from the organization and was said to be a good worker with no issues reported by Managing Staff.--*Unemployment Hearing Employer Testimony.*

## Villages of Apex Club House/ Land Arc Property:

Anthony Sacco and Debra Gabrielle failed to assist a guest in parking getting struck by ZB and at the restroom of Ms. Hopkins, being on their property after seeing the client becoming physically aggressive towards and to her. The organization/staff failed to take ownership and liability as to water/item left in their hall way that further injured worker in a slip and fall. They had no wet signs up. Instead they decided to frame Ms. Hopkins instead. They had a lot of traffic/workers as they worked in taking down an extremely large tree with various ortimenanets and Christmas décor.

It is believed Anthony Sacco was either terminated or asked to resign due of which the company being exposed at that time would have been faced with, organization fraud, tampering with evidence to frame, personal injury liabilities etc they allowed Anthony, to stay long enough to edit the footage for them to attempt to avoid liability and to cover up what had actually occurred. He now is reported as being a real-estate agent as of 6/19/20. Deborah still works at the organization.

**When Deborah/Debbie Gabrielle was asked under oath on or about March 2021 during the Worker Compensation Hearing did she SEE Ms. Hopkins actually hit the client, she testified, "NO". No further questions, Ms. Hopkins stated.**

These two Anthony and Debbie on 1/2/19, decided to contact the clients' mother and meet with her to review the footage and discuss what needed to be edited out to avoided liability.

**TAMPERED WITH EVIDENCE AND BARRED FALSE WITNESS IN CONSPIRACY
TO FRAME FROM DAY 1.**

The video should have shown: Arrival time around or about 11:10 and Departing around 11:35. Karen firmly stated under oath she arrived at 11:45. The 3 minutes start about 11:28 give or take and end at 11:30 of Ms. Hopkins and the client leaving, the time frame is a fabricated deceptive lie designed by the conspirators of their recreated time line. There are phone records to assist in proving time lines and city traffic cameras. The Apex Bakery should have had a video and person to testify as to Ms. Hopkins and the client presences/time. Of which might have been tainted by Karen, who went up there. ZB called and spoke with his mother on video chat face to face, while we were there, she lied and said it never happened (big liar). Then lied and said, they drove around for 20 minutes another lie, after the bakery (due to weaken and blood sugar droppin), Ms. Hopkins drove him straight home. She is the one who failed to show at a crisis then lied about how long it took her to arrive.

Ms. Hopkins was diabetic and weakened blood sugar dropping had not ate, and the client causing her bodily harm with intent; left her sore and achy to say the least, as she burst out crying, trying to hide her tears, in disbelief as to what occurred/shocked that she was attacked and left alone (traumatized, stockhome, confused), then all at once, after his mother arrived and he fussed her out, called her a bigger of a liar than he was, then he went back to normal.

Ms. Hopkins just wanted him to get out of her car, but he refused to and wanted to stay with her. **He did NOT want to go with his own mother what so ever, she tried everything to get him**

out and it failed. **He knew what she put him up to that is why he told her she was as bigger of a liar than he was- and she told Ms. Hopkins, Rosie I know it was NOT you, but him-Badger Game Scheme.** **Ms. Hopkins the TRUE VICTIUM.**

Ms. Hopkins at one point STATED in attempting to subpoena VOACH system of sending it to the DATA RETRIEAL CENTER, TO RETRIENVE DATA OR FOOTAGE THAT HAD BEEN DELETED FROM THEIR MAIN COMPUTER, now the Villages of Apex Club House, has made other adjustments to their SERVALENCE system. At this time, it is unknown if they have replaced it fully to make sure any data cannot be ret to reveal this horrific nightmare of a conspiracy against an innocent person Ms. Hopkins. The saw her running around and screaming for help, in a maze like a lab mice, only to end with a lethal dose of poisonous lies and deceit and buried her leaving her for dead as she squealed for dear life.

They saw the looks on her face, in her eyes, and body language, but erased it as if it never happened, then lied about it. America have laws to even protect a dog from inhumane treatment. Ms. Hopkins' value and worth is far more than a dog or some lab mice. She has proven not to be someone's test dummy or to be taken lighty.

**Ms. Rosie Hopkins declare that she be brought Justice in this case!**

**Apex Police Department:**

Officer Sean Myers, was only dispatched due to Ms. Hopkins calling for assistant to view the video footage and pressing charges against her attacker Zackary Beaty.

Instead after Officer Sean spoke briefly with Anthony Sacco and Debra Gabrielle, he called for Ms. Hopkins to enter to view what edited video clips Anthony decided to show, but not all. Ms. Hopkins was pointing out the edits as it played and showed the volatile scène at the rest room of the client shoving her extremely hard into the door/wall hitting her head as she held her cheat/heart in distress gasping for air. Nose bleeds out for 3 days straight there after, possibly suffered a concussion. They have now deleted and removed that scene after Sean Myers began his process of investigation.

The scene when Zackary got out to the vehicle in the parking lot and strategically stab Ms. Hopkins several times with martial art form, three to four finger tips strikes causing extreme and intense pain as Ms. Hopkins hollered and held herself clinching her arms and chest had already been deleted and removed before 1/9/2019. Hence: Pathways for People Inc was not in a big rush to review an alleged assault of a client that Karen reviewed the exact day, just an hour or so a later. What was Pathways waiting on from 1/2/19-1/9/19, and this was only done to Ms. Hopkins attempting to file charges and calling for police assistance.

Ms. Hopkins right after viewing the footage with Anthony, Sean, and Debra said, I want to file charges against Zackary for Assault and attacking her. **Officer Sean Myers refused and said No, I'm not filing charges on him, a person with intellectual disability, you hit him.** Then Officer Sean asked staff for Karen's contact information and told Ms. Hopkins to go to her car and wait for him and to not leave.

No one ever called the police on Ms. Hopkins, not the Clubhouse, client's parent Karen, nor Pathways for People Inc. the employer. If Karen wanted to press charges against Ms. Hopkins she had the opportunity and time, but she never did. Why would she, she's getting everything she wanted (Program Security/Ms. Hopkins career ruined of working in the field), she didn't want her or Zackary to slip up and get caught up. Hence: The reason she refused to allow Zackary to speak with Pathways for People Inc. about the incident. Red Flag. Remember: Zackary, yelled in her face, in Ms. Hopkins back seat when she tried to get him out the she was as Bigger of a Liar than, I am", he said to her Could it be Zackary, was upset that his mother made him attack Ms. Hopkins against his will and it angered him, remember he refused to leave with her and wanted to remain with Ms. Hopkins. He did his dirty deed, for her, but ultimaly for both as he said, before mother knows best, Hence: **she testifies when she saw him, "he did not have his hand (everyone making such a big deal about) in his head".** It was staged to appear one way, when it was another. Ms. Hopkins saw him in rage pulling his hair on his head; the oddly looked at his self in the mirror and just before walking out planted his hand on top of his head. Why didn't he run to get help if he was harmed? He never did, but Ms. Hopkins did and they deleted the scenes and edited the footage to their illusion in framing Ms. Hopkins. Ms. Hopkins even tried to flay waive down a police officer grey suv when Zackary was severely attacking her in the parking lot, but they drove on by not seeing them and the club house deleted that scene as well.


*__Ms. Hopkins called the police department to help assisted her__*, Sean Myers was dispatched, shortly after; the assault was turned on her and __everything she said was somehow flipped back to her.__ On 1/9/19 by Officer Sean Myers and co conspirators, decided she was guilty of abuse. On 4/1/19, 3 months later she was swarmed by officers and arrested, detained, and charged with

assault on a disabled person. 2 to 3 police cars, and an officer asked her does Wanda live there as if they were on a sting operation, further traumatizing Ms. Hopkins. Systematic Racism/Discrimination

It was later discovered that the Apex Police Department needed cultural awareness within their APD organization initially that later surfaced when it came to African Americans and Lori Nelson as she supported Black Live Matter Cause and was texted by a police officer of Apex PD, where he was appalled that she was upper white middle class and would support such as cause, he will not tolerate that anymore, it's a slap in his face. This was and is all over the NEWS, reported worldwide.

Ms. Hopkins was subjected to being treated differently by the **Apex Police Department and Officer/ Chief Deputy in violation of rights, because of her color and discriminated against.**

Ms. Karen Beaty and her son, on the other hand, was handled with the utmost respect, even to the point the officer investigation was already one sided-per his narrative, *she was asked* did she want to press charges on what was "not caught" on camera and given a report number. Ms. Hopkins was sent to her car and told to wait like a ...

**OFFICER SEAN MYER REFUSED MS. HOPKINS *RIGHT TO PRESS CHARGES* AGAINST HER ATTACTER; AFTER VIEWING SERVERLY EDITED FOOTAGE.**

HE CO. CREATED IN CONSPIRACY TO FRAME BY DELETION OF ADDITIOAL VIDEO FOOTAGE TO BARE FALSE WITNESS IN CONDUCTING AN UNETHICAL/

UNLAWFUL INVESTIGATON TO FRAME AND GAVE FALSE TESTIMONY UNDER OATH.

**Failure to fully investigate the facts surrounding a case in this matter proves a lack of probable cause- Natasha Murdock hindered/stopped from giving testimony etc.**

**CHIEF DEPUTY MITCHELL MCKINNON** CONSPIRED BY CONCEALING THE TRUTH AND COVERING UP CONSPIRTORY ACTS/EVIDENCE AND GIVING FALSE TESTIMONY UNDER OATH/ CONDUCTING AN UNLAWFUL INVESTIGATION AFTER VIEWED THE VIDEO FOOTAGE HIMSELF.

They all decided to alter video footage and or conspire to conceal documents and facts in order to aid in finding Ms. Hopkins guilty of a crime she did not commit.

### Department of Health and Human Service

### -Health Care Registry

It's alleged, but believed Pamela Gilyard asked Pathways to file an appeal against Ms. Hopkins receiving her unemployment to use it along to aid in her/their premeditated and premature decision of substantiated finds of abuse based on fraudulent video footage. This was filed about a day or so before the expiration on appeals could be filed.

On 3/6/2019, Pamela Gilyard, conducted an investigation with Ms. Hopkins about 2 months later and told her within the first 3 to 5 minutes of introduction that if she is working she needs to report to her for the next 12 months. Ms. Hopkins thought it was strange, and felt the DHHS

investigation already found her guilty ever before she spoke with her to get her side of events. Ms. Hopkins there was something suspicious and unethical about this investigation. Later, Ms. Hopkins reported this to Rita Horton, Head of the Department, then Ms. Gilyard attempted to retracted her statement in attempts to cover it up and their conspirator plan of a decision that was already decided on 1/9/19, with Officer Sean Myers, of placing the blame and accusing Ms. Hopkins of abuse/assault. However, Ms. Hopkins was unaware at the time charges were getting pressed against her, but everyone else knew. Ms. Hopkins found out on 4/1/2019, the actual day of her arrest 3 months later.

Ms.Hopkins had been waiting on Pamela final decision, but noticed she was always pushing back the date for some odd strange reason and making excuses as to why she have not made her final decision, as if she was waiting on someone or thing to take effect.

The investigation with Pamela Gilard was already set up for Ms. Hopkins to fail or be found guilty ever before her interview. They were trying to figure out how they were going to put it all together.

During the investigation Pamela began recording and pulled out her cell phone to show clips of the video footage, she retrieved from the club house. In one scene she asked what were you doing in that scene?

It showed Ms. Hopkins yelling directly into the restroom camera screaming hysterically for help. Pamela later deleted and removed that clip and scene from the DHHS evidence in

attempt to help aid in framing Ms. Hopkins of abuse, to not show she was in fact trying to get help and was in complete distress. This clip is documented in the 1st report and has time in seconds.

She showed Ms. Hopkins another clip, of the scene the client and Ms. Hopkins were standing at the restroom in the door way and asked Ms. Hopkins who hand came out 1st? Ms. Hopkins said his, pointed and showed her, but she refused to look for the first couple of times in disbelief. They found away to lie and turn that on Ms. Hopkins. Everything, Ms Hopkins was discovering that would exposé all defendants, they took the information, and shared it with one another to conceal and lie about their fraudulent acts. Ms. Hopkins showed the clients hands coming up to attack her. Ms. Hopkins stated when his hands came up at me, I reacted, in fear/self-defense. Pamela Gilyard and Ms. Hopkins took a lunch break, Ms. Hopkins noticed Pamela took an extended period of time in coming back to get her from lunch. It was later discovered why Pamela rushed Ms. Hopkins into signing the investigative report. She had altered/tampered with the investigative report while Ms. Hopkins was away at lunch and in the restroom. Pamela was changing the wordings around in Ms. Hopkins statements to assist her premature conspiracy decision of abuse to a client to further frame Ms. Hopkins.

Rita Horton failed to properly investigate/handle complaint against her investigator in this situation Ms. Hopkins constantly reached out to her and met with her. Instead, they set up another investigative meeting unbenouse to Ms. Hopkins with Stella Hayes; instead of getting the complaint against Pamela for her wrong doing and correcting fraudulent falsified statements, they wanted to cover up the entire 1st investigation up, in which she, Stella also falsified

statements and documents on the second interview and did not allow Ms. Hopkins to correct all that needed to be corrected. Stella refused to allow Pamela to show evidence (that she knew she could not really show due to them deleting/concealing it) from the evidence in prior investigation saying they don't have it, along with other evidence Ms. Hopkins gave in proving her innocents. Stella constantly hindered the investigation. They showed several fresh brand new severely edited clips that were fabricated to frame Ms. Hopkins. My question is when and who asked for that footage almost a year or later, the initial interview was over on 3/19/19. Pathways told the unemployment adjudicator that the State who were conducting their investigation did not need nor request a copy of the video either. Now, why would they get all of these clips that were not in their possession in the 1st interview on 3/6/19. Ms. Hopkins asked repeatedly how to and to file complaints against Pamela, but it was often blocked or not followed through on by her superiors to Ms. Hopkins knowledge. Ms. Hopkins requested to file a complaint with Rita's superior against Pamela unlawful acts and unethical investigation; however, it was blocked. Ms. Hopkins requested/subpoenaed evidence and Pamela Gilyard witness testimony on or about 5/2021 and it was blocked and denied after the commissioner signed off on the subpoena. Assistant Attorney General....declined stating it's still an open case ect, but attended hearing.

Recap:

**Personal Injury/Retaliation/Skin Tone/Color:** I Ms Rosie Hopkins have a complaint on the following investigators and the Department of Health and Human Services, Division of Health Service Regulation Investigators UNLAWFUL BUISNESS PRACTICES (s) **Pamela Gilyard RN and Stella Hayes RN** concerning the case with PATHWAYS FOR PEOPLE INC 1/2/2019. It is alleged that Pamela have (1) **falsified documents to incriminate Ms Hopkins of abuse, (2) deleted**, and or (3) **took out vital evidence in this case/and or reframed from getting/viewing the full unedited footage in her investigation (4) in order to deceive and misrepresent the material facts of the case, (5) 3/6/2019 she predetermined a verbal substantiated finding when telling Ms Hopkins to report to her for the next 12 months,** before Ms Hopkins arrest 4/1/2019 (APRIL FOOLS DAY) and

said charge (6) ethical volitions in attempts to assist conspirators in framing Ms Hopkins for the alleged abuse to a client; (7) **improper unethical investigation**, (8) **tampering with evidence to frame, and or disposal after the first investigation was completed with the interview w/ Ms Hopkins, Pamela got rid of the clips showing the clients hands raised up towards Ms Hopkins as she was cornered and back up against a wall AND when Ms Hopkins ran to the camera yelling for help!**, (9) **concealed/failed to consider clients records of his violent history (ISP)** *Individual Support Plan* **and deemed a community RISK**; in order to place all the blame on Ms Hopkins. (10) **more than likely did not interview or take written statement from the EYE WITNESS** at that time of Natasha Murdock on the planned attack against Ms Hopkins. if so this should have been proof it was a planned attack (SET UP) Extortion Scheme. If anyone needed to be charged it should have been Zackary for assault and his mother Karen for Exploitation of her son using his disability to gain and blackmail the agency to secure his position and worker. Also it could have added to his violent state and boosted his income level of care with the state. The more violent a client is the more money the agency gets (HIGH RISK). The client Zackary stated, **"If we want** *to get RID of someone, we know what to do, AND record them." Then laughed and said Rosie do you know, I've had 10 workers in the past year not including the weekend.* **He made several statements during that conversation.** He also said he antagonized his worker to death and laughed (scapegoat cover up from real motive) trying to cause a worker to react. He and his mother are conartist.

**Discrimination Retaliation Race/ Conspiracy Tamper w/ Evidence Deleted /Hide**

**PAMELA GILYAR RN/ STELLA HAYES RN**-FALISIED INVESTIAGTIVE REPORTS TO FRAME MS HOPKINS, DELELTED AND REMOVED VIDEO EVEDNECE TO CONCEAL MS. HOPKINS DISTRESS AND BEING ATTACKED BY THE CLIENT,THEY ALL CONSPIRED TO FRAME MS. HOPKINS KNOWING SHE WAS THE VICTUM AND THE CLIENT WAS NOT ABUSED AT ALL.

**From:** Rosie Hopkins <>
**Sent:** Thursday, April 29, 2021 1:30:03 PM
**To:** Maddrey, William < >
**Subject:** Re: NCDHHS Objections to 20-044326 Subpoena Duces Tecum Emailed April 28, 2021

**According to Madrey, William:**

Body Removed

**William F. Maddrey**
Assistant Attorney General

Health Service Section
I am not going to comply with the subpoena you submitted unless the Deputy Commissioner orders me to. The Deputy in FACT SIGNED THE subpoena, but later denied/cancelled it.

However, Mr. Maddrey was present at the hearing, but not Pamela Gilyard nor Stella Hayes.
According to Mr. Maddrey:
   January 10, 2019, NCDHHS notified the petitioner by letter that, pursuant to N.C. Gen. Stat. §

2

131E-256(a), it was investigating an allegation that she had abused a resident of Pathways for

People Day Program. However, the investigation is still active and the allegation has not yet been

substantiated. Should the allegation be substantiated, pursuant to N.C. Gen. Stat. § 131E-256(d),

Petitioner would have an opportunity to appeal the resulting listing in the Health Care Personnel

Registry and to conduct discovery. However, the production of these documents at this stage would

compromise the ability of NCDHHS to complete its investigation.


   Respectfully submitted, this the 29th day of April, 2021.

                              JOSHUA H. STEIN
                              Attorney General

                              William F. Maddrey
                              Assistant Attorney General
                              N.C. Department of Justice
                              P.O. Box 629
                              Raleigh, N.C. 27602
                              919-716-6883
                              N.C. State Bar No. 55277



**Fwd: Pictures zk rh 3 min edited footage time frame there's more evidence aswell** Inbox x

**Rosie Hopkins** <misshopkins4488@gmail.com>
to Wilson

Rosie was attacked, assaulted, beat, and framed.

—— Forwarded message ——
From: **Rosie Hopkins** <misshopkins4488@gmail.com>
Date: Fri, May 14, 2021, 1:45 PM
Subject: Pictures zk rh 3 min edited footage time frame
To: Rosie Hopkins <misshopkins4488@gmail.com>

May 14, 2021, 1:55 PM

4 Attachments

   

**Maddrey, William** <
to me

May 14, 2021, 4:01 PM

I am unsure why these were sent to me. I am not involved in your worker's compensation case.

William

 **William F. Maddrey**
Assistant Attorney General

He stated he was not involved, but he prohibited refused to allow Pamela Gilyard to testify, but he attended the hearing. He was appointed by Chief Deputy Tamara Nance to review Zackary's ISP to make sure it was redacted along with Carolyn, before it was approved / signed by Carolyn and by her for evidence.





T MY ARM W HIS NUCKLES NUMEROUS NUCKLE STRIKES
90102112827

2019-01-02 11:27:57











persecuted her.

This is the DVD clips you issued to me correct as evidence? 1111 CRIMINAL WAKE CASE ABUSE MARCH 22 ×

**Rosie Hopkins**                                  Fri, Apr 30, 11:02 AM

to Mary, me ▾

Please give response.



**Slagle, Mary A.** <Mary.A.Slagle@nccourts.org>                     Fri, Apr 30, 11:32 AM

to me ▾

Good morning Ms. Hopkins,

I am not in the office today to confirm this and I have not looked at the video myself. My legal assistant has given you a copy of what is in our file.

Thanks,
Ashton Slagle

Ashton Slagle
Assistant District Attorney
Wake County District Attorney's Office
300 S. Salisbury Street
Raleigh, NC 27501



Meanwhile Ms. Hopkins life is in ruins and shambles with the charge still on her record/ registry and can't get a job in her career field to say the least, its going on 2 ½ years. Pathways for People Inc and told the Judges, ***it was substantiated findings*** of abuse. Furthermore, how long does it take DHHS investigators to investigate then confirm and close their cases of abuse? 2+ YEARS ON A SIMPLE ASSULT CASE THAT HAD VIDEO EVIDENCE!!!!

## Wake County District Court/Superior Court

## Case# 19-CRS-200-588 and 1- CR-200-588

Daniel Moose hired Atty. Ms. Hopkins failed and refused to subpoena eye witness Natasha Murdock creating an excuse, as to she is a hostile witness, but never spoke with her, to aid the State in prosecution. He failed to follow through with his agreement of contract with Ms. Hopkins and further more failed in not filing a motion for dismissal, instead he withdrew after assisting with prolonging the case and failed to provide Ms. Hopkins with the States plead deal. He told Ms. Hopkins to pay him 600.00 up front and another 600.00 after the case; he later changed it as a way of getting out of the case/agreement and factiously created a payment issues.

He abused Ms. Hopkins case and conduct unethical measure in misleading his ability and competence in subject matter of dealing with such case, through his own admission, but confidently assured he would be able to get it dismissed. He assisted/ aid in dragging his client in knowing he sided with the State as he is friends with Erin Becker. When I brought and showed him, the evidence that would prove I was not and am not the aggressor, he was shocked and asked how did I get it? He appeared to be a little taken back and disappointed.

After called and discussing with his client the states questionnaire and the question that stood out was "what do you plan on doing with your career or for work." Ms. Hopkins replied, the same thing I was doing before and planned, before being falsely charged. He never gave me a copy of their plea deal. He told Ms. Hopkins almost if not a year later, oh they drew one up, but I just didn't give it to you. This scenario of the Prosecutors always scrambling to give a plea deal, this

was done every time, Ms. Hopkins had an attorney and or a public defender, it was talked about, but never seen or shown, maybe once after Ms,Hopkins addressed it to the court they produced one.

However, she refused to take them and they knew this, because they were in the wrong. They would not and did not respect the Right of a Prose Litigant Ms. Hopkins have. They would avoid or ignore her at all cost unless told by a Judge to speak with her, for the most part.

**Experiences as ProSe Litigant in Wake County Justice Center**:

1. The clerks in the personnel office of the Prosecutor, gave Ms. Hopkins the run around constantly hang up in her face, transferring her to the wrong person, or office, failing to assist or aid her in finding out information that they were able to give, concerning her case/trial, they acted as if at times, they didn't know their job, or who was in a certain position, to distract and deter Ms. Hopkins. This caused server mental anguish to say the least. They even went so far, as to not accepting documents and information Ms. Hopkins tried to give as a Prose litigant, in proving her innocents. They tried to block Ms. Hopkins at all cost and in every way possible whether they used they system or covid which occurred about a year later. There were intentional unethical and unlawful acts committed by the prosecutor office and personnel staff. Ms. Hopkins also has proof of recorded calls. This happened more than 15 times over a 2 1/2 year period; it was beginning to be their routine. Prosecutor's and staff would be quick to get attitudes to the point one time Ms. Hopkins wrote a complaint to the clerk's supervisor in both the district and called to report it to the superior court supervisor concerning her clerks unprofessional and

unethical behaviors of prohibiting Ms. Hopkins ProSe litigant to ability/right to file documents/evidence her case file.

(This tactic didn't start with Judge Keith, he just made that much more difficult for Ms. Hopkins to file documents, as if he was brought in to HANDLE, Ms. Hopkins, knowing at this time she can't afford a real attorney. There was no reason for him to put that order in place, but acting with intent to hinder/block Ms. Hopkins from proving her case, he denied everything; these motions were filed years before to was given the case and all of them did not have BLM on them. All he had to do was ask Ms. Hopkins not to use BLM. Instead he used it as a reason to enforce the order to deny them and then taunted her laugh about it. Misuse and Abuse of Judicial Discretion/Orders.

She recalled one time, a male prosecutor was called up front and was extremely rude towards Ms. Hopkins, she was so upset and emotional she went to the Attorney General and filed complaints there.

Ms. Hopkins felt she was yet again mistreated and discriminated due to the color of her skin/color and sexist Judicial Judge misusing his power in covering up his true and real motive that retaliating against Ms. Hopkins for standing up for herself in getting Justice she deserves. He seen the evidence and photos in the file, at this point he just as guilty as they are in covering this heinous crime against a innocent worker who was beat then acted out of fear to protect herself. The Mother of the client reported he was NOT hurt or complains of being hurt and never said Ms. Hopkins hit him Not until the crocked racist Officer Sean Myers came them his story changed. This was just another tool and tactic used amongst many by

the Judicial System of Wake County Raleigh, Nc 19 CR 200-588 and 19 CRS 200-588, in preventing Ms. Hopkins from getting her case dismissed, expunged, and justice for their wrongdoings.

## Erin Becker Prosecutor (1/2019-6/2020)

She obtained Ms. Hopkins case on or about 11 months after graduating from Law School. Inexperienced coming straight out of school pending/prosecuting charges on innocent people failed to properly gather evidence and concealed Ms. Hopkins was innocent the whole time, but they all covered it up knowingly and willfully. The reason she let months go by they were trying to get their lies and story strategy together. One Judge who had no clue as to what they had done/doing, said, "what in the world, this is a simple assault case WHY has it took this long to prosecute" and this was before covid. Well Sir, they are framing her and don't want to get caught up. Ms. Hopkins didn't have a chance to prove her innocents. They tried every tactic in the book to sabotage. She refused to accept Ms. Hopkins evidence that were submitted and graphic photograph of the client causing Ms. Hopkins nose to pour out blood for 3 days straight after the traumatic event.

Unethically prolong Trial and concealed evidence from defense counsel and prose litigant. Furthermore, Prosecutor Office front desk was advised not to take anymore documents from Ms. Hopkins. Erin conspired and covered up unlawful acts of wrong doing against defendant. Ms. Hopkins finally got tired of their games and called the Bar Association to file a complaint against Erin Becker for a Malicious Prosecution. Shortly, after she mysteriously took another position in domestic violence court after unlawful and purposely dragging Ms. Hopkins case out a year or more, of trying to pen a charge on her that should have never been.

**Sound quite similar to Judge M. Dennings transition from child custody to criminal court.**

She said, they had subpoenaed a gentleman by the name believed to be Arturo from the villages of apex club house to be their expert witness. It appears he realized they were framing Ms. Hopkins and decided not to be a witness to a crime he knew nothing about, and could clearly see they were framing an innocent person, with edited footage. At this point, their case was completely falling apart and due to evidence Ms. Hopkins had of the client actually attacking and assaulting her.

### Austin Braxton

Violated a Multitude of **Unethical Unlawful Business Practice**

"Brady Violation"

Obstruction of Justice

Austin Braxton ADA picked up Ms. Hopkins case and tried it of only "*having it for 2 weeks*" — per his statement. On June 19, 2019 he tried Ms. Hopkins case. States' witness's credibility were in question as they committed perjury on the stand and under oath. Defense constantly objected to the fact everything was based on Hearsay, and the fact the witness of the state were not present at the time of the alleged strike to the shoulder or any other allegation they created through manufactured evidence or coerced the client into giving a false misleading statement as fact, in which they later changed an manipulated, in getting a conviction against Ms. Hopkins. He used Anthony Sacco as the states expert witness, who was the person that first edited the footage to frame Ms. Hopkins.

Austin placed the edited manufactured 3 minute footage into evidence and used it with false testimony to wrongfully convict and sabotaged Ms. Hopkins trial with unethical/unlawful judicial tactics misused with the Judge of which the two worked together to blackball Ms. Hopkins from a fair Trial.

Apex Police Department

**Officer Sean Myers**

A coerced confession is an involuntary confession that comes from an overbearing police conduct rather than a person's free will. Zackary Beaty never ever said, Ms. Hopkins hit him to Pathways for People Inc., nor his Mother/legal Guardian Karen Beaty. This statement did not occur until on or about, 1/9/2019,when the office conducted his investigation with Karen and Zackary after Ms. Hopkins called to press charges against him. The Officer reported: See Narrative.

Ms. Hopkins filed a complaint against the office and it was not properly investigation and covered up and conceal information that confirm conspirator acts with in the Apex Police Organizations and other affiliates pertaining to this case. The officer acted unlawful and wreckless, discriminating against Ms. Hopkins as an individual and the organization itself.

**Charis Link Public Defender**

**Atty.for Ms. Hopkins**

She failed to retrieve the video evidence not only from the ADA office right across the hall, in the same building as she, over a year or so later. She failed to get a copy as stated, through a requested she allegedly sent to the Apex Police Department, but still did not get that copy of video evidence by November 2020. After she was shown and given evidence as well from Ms. Hopkins, she failed to provide proper service. Ms. Hopkins showed her and her assistant that

confirmed fowl play on plaintiff's part, Ms. Hopkins asked Ms. Links to file a complaint with the **State Bureau of Investigation**, and she failed to do that. Ms. Hopkins later terminated her services on a written motion that was filed in the court. See Motion filed.

### Mary Ashton Slagle

### District and Superior Court Prosecutor

In the beginning, she made statement such as she knew nothing of this case. However, she was to my knowledge Erin Beckers' and Austin Braxton's supervisor in the prosecutorial office, as she stated, "we work as a team", so how come she did not know anything about the case and or view the footage of a edited 3 minutes video, of a case they brought a case against Ms. Hopkins and

persecuted her.

This is the DVD clips you issued to me correct as evidence? 1111 CRIMINAL WAKE CASE ABUSE MARCH 22 x

**Rosie Hopkins** [ ]                                                                                      Fri, Apr 30, 11:02 AM
to Mary, me ▾

Please give response.



**Slagle, Mary A.** <Mary.A.Slagle@nccourts.org>                                                          Fri, Apr 30, 11:32 AM
to me ▾

Good morning Ms. Hopkins,

I am not in the office today to confirm this and I have not looked at the video myself. My legal assistant has given you a copy of what is in our file.

Thanks,
Ashton Slagle


Ashton Slagle
Assistant District Attorney
Wake County District Attorney's Office
300 S. Salisbury Street
Raleigh, NC 27601

As of April 30, 2021, Ashton Slagle wrote above,"I have not looked at the video myself." *What, from 1/2/2019 to 4/30/2021, you're claiming you <u>have not looked at a video</u> of a crime you and your fellow prosecutors convicted a person on using the video as evidence. Then went to court and lied in saying something like she saw a little May 2021. What do she mean a little. They edited from a 35 or more video all the ways down to a little 3 minute clip. You couldn't view at least the 3 minute edited video!! Pull court transcript to get actual statement. They all lying!*

On April 30, 2021, Mary told Ms. Hopkins she never seen the video footage in now going on 2 ½ years later, once Ms. Hopkins sent her still shots of each clip start and end time, along with a list of the clips of the DVD, picked up from their prosecutor officer March 2021, after submitting a written request for ALL the records defendants are entitled too. She only allowed the DVD of video clips and kept everything else that should have been given to defendant/ProSe Litigant, even witness oral statements that should have been written, she said they did not have.

Then stood in court and stated in front of Judge Keith that she gave all the evidence they had to Ms. Hopkins. This was a flat out lie. This was also brought up in front of Judge Keith and when Ms. Hopkins put it on the record, she said, she changed her statement up, from not seeing it at all, to now seeing it too minimally, or seeing a little (lies lies and more lies). They edited all the way down to 3 minutes from about at least 35 minutes initially, to the point you all are taking a person life and lively hood way, but did not view you all conspired 3 minute footage you're PROSECUTING A PERSON ON NOT ONLY IN DISTRICT COURT, BUT SUPERIOR COURT.

15 20 40 77 Inbox ×

**Rosie Hopkins** ·                                                           Wed, Mar 24, 12:55 AM
to me ▾

📎 chelf saw zk striking sbt40 footage min 15 2...



**Rosie Hopkins** ·                                                          Wed, Mar 24, 12:54 AM
to Mary ▾

I know you all framed me. Where is the rest of the video footage?

-------- Forwarded message --------
From: **Rosie Hopkins** ·
Date: Wed, Mar 24, 2021 at 12:53 AM
Subject: 15 20 40 77
To: Rosie Hopkins <                    >

📎 chelf saw zk striking sbt40 footage min 15 2...

On Mon, Mar 8, 2021, 3:01 PM Slagle, Mary A. <Maryg> wrote:
Good afternoon Ms. Hopkins,

I apologize for my delay, I have been in court the last few weeks. After meeting with you, I asked my legal assistant to make you copies of discovery. You should be able to access those now. We have no new discovery aside from what you were already provided in district court. If I obtain anything new, I will make sure we get you a copy.

As I tried to explain when we met, I have over 100 cases scheduled on the calendar for March 22. Of those, approximately half are set for trial or pretrial motion; some are as old as 2015 and 2016. When scheduling cases, we determine what the posture is of the case, in your situation, you want a trial so this case was marked as such and put on a new date by Judge Holt. All of our Judges are aware that when we calendar a case as trial, it may or may not be reached on that date, but that is the posture of the case. Each month, we look at the calendar and flag several cases for trial or hearing by adding them to our 401 Short List, which is public record and readily available within the court system. When creating my short list, I look at a variety of factors, including: age of the case, availability of witnesses, number of witnesses needed, etc. Your case, was not added to my Short List so you will not have a trial the week of 3/22.

Another added complication that we discussed, was Covid. Since we are still in the midst of a pandemic, we have not been conducting jury trials for quite some time. Fortunately, we have resumed this process, but are limited to the amount of jurors impaneled every week. This means that only so many ADAs can have access to the juries on a weekly basis. My unit has started to prepare for jury trials each week, but they are not guaranteed based on availability. I am going to try to have a jury trial the week of 3/22, but I won't be able to have more than one or two; out of my 50+ cases scheduled for trial. I know this is frustrating, and I apologize. I'm going to do everything I can to get this case heard in a timely fashion, but I can't prioritize it over way older cases at this time.

So to recap, your case will **not** be for trial the week of 3/22, but you are still expected to be in court on that day. Even though you will not have a trial that week, you can still present some of your filed motions to the Judge and be heard on them then. Please let me know if I can be of any further assistance, and I will see you on 3/22 so that you can be heard on the record regarding the documents that you have filed.

Sincerely,
Ashton Slagle

As a matter of fact, Ms Hopkins called the Jury Selection to see if that had started back and found they had been having Trials. Ms. Hopkins was still getting the run around. More than likely, they had been informed she was conducting a follow up. Then here come the other excuses as you all see listed above.

They are dragging Ms.Hopkins case and setting Trial dates, only to keep rescheduling them and keeping Ms. Hopkins a prisoner to the state of North Carolina now going on over 2 ½ years reporting to dates set for a Jury Trail only to be cancelled. If she fails to appear they order a bench warrant!!!

STOP THIS MADDNESS AND COURUPTION!!!!

---

**Slagle, Mary A.**                                                              Mar 22, 2021, 2:30 PM  ☆  ↩  ⋮
to me ▾

Good afternoon Ms. Hopkins.

As I mentioned in my email from 3/6/2021, you have filed multiple motions to the court, and a judge needs to rule on those. My email from the 8th says "So to recap, your case will not be for trial the week of 3/22, but you are still expected to be in court on that day. Even though you will not have a trial that week, you can still present some of your filed motions to the Judge and be heard on them then. Please let me know if I can be of any further assistance, and I will see you on 3/22 so that you can be heard on the motion regarding the documents that you have filed." Those are the motions that I was referring to in my emails yesterday, there is nothing new that I plan on surprising you with. Yesterday was a "regular" court date because it was not a trial date, but that doesn't mean we can't address some of the documents you have filed in court. When you file documents, a Judge has to subsequently rule on them, you can't just file things without them being reviewed by a Judge.

Additionally, your case is currently pending in Superior Court, and your attendance is required on scheduled court dates. As discussed, please make sure you're present on Thursday at 2:30pm.

Thanks
Ashton

xxx

---

**Rosie Hopkins** ▾                                                            Mar 24, 2021, 12:43 AM  ☆  ↩  ⋮
to Mary ▾

To Whom It Concern:

Are you all trying to arrest me and violate my rights yet again in order to stop my WC hearing for Mckinnon, I know he got in contact with you. I am to have a Jury Trial as I have requested, why now is the Judge now considering my motions all of a sudden. They haven't considered them in all of this time and denied all of the others Is this another set up. What is the title of the court called and the name of the Judge? I have a right to know prior to. I will be there Thursday 2:30 I have over 500 pages of evidence against you all and have made numerous copies alodied and buried everywhere. If something happens to me there will be another person ready to step in my place, to go public. I've kept this somewhat quiet to see if you all would ever do the right thing, but I guess that was wishful thinking. I do not have SI or FB ideation at all This is written to cover myself in the event of further foul play with all of you all of whom I do not trust at all. You all know what you did to me/ framed me. I did not deserve what you all did. It was inhumane and wrong. You all have ruined my life and think you're going to keep dragging me to court like this without justice punishing me for a crime I acted in self defence for after I have already been beaten and struck multiple times.

Rosie Hopkins (ProSe)
BLM

---

Mary Ashton the Prosecutor formulated incorrect Judgments against Ms. Hopkins when Ms.

Hopkins called her out on it she tried to change it, in the order of facts she wrote for Judge Keith.

Mary Ashton the Prosecutor devised a court appearance all of a sudden she has activated Ms.

Hopkins case that laid dormant for months and toyed with for years now that Ms. Hopkins filed a

worker's comp claim due to ongoing issues she suffered from the attack and slip and fall at the

Villages 1/2/19.

Mary Ashton the Prosecutor mislead Ms.Hopkins to attend court appearing as if she needed to

address all of a sudden the motions that were file years prior, in front of Judge Keith Gregory.

Ms. Hopkins waited patiently as she was the first to arrive, but Mary Slagle had other plans for her, Ms. Hopkins was unaware of. Mary S. Prosecutor waited and held Ms. Hopkins case to the very end. Once it was now time for Ms. Hopkins to approach before the was able to enter the area, Mary Ashton S. Prosecutor signaled for two bailiff to surround the defendant.

Ms. Hopkins quietly respectfully waiting patiently til it her time to come up and address the motions. Mary Ashton S. Prosecutor called Ms. Hopkins then,

Mary Ashton Slagel, slapped down so fast in Ms Hopkins face, a forensic evaluation papers DEMANDING ALMOST THREATING, Ms. Hopkins to sign it, and repeated this about 3 to 4 times. Ms. Hopkins asked what is this; utterly shocked, to the fact this is not what she was told her presence was needed in court for, they were to review the motions she had previously filed. Mary Ashton attempted to have Ms. Hopkins committed (unlawfully tactic to stop Ms. Hopkins from appearing at her workers compensation hearing) using an email of Ms. Hopkins explaining that she has multiple copies of everything they have done to her and they are located in different states etc.

*Judge Keith Gregory was going to go along with her, reviewed the documents, then he asked Ms. Hopkins a serious of questions as it pertained to the role and duties of the court. Ms. Hopkins answered each question correctly and professionally. Judge Keith said, I'm sorry she is competent and I cannot commit her on this.*

Ms. Hopkins had a WC hearing on or about March 26, 2021, and a court appearance in criminal court she ironically the same week, she took medication that was changed and made her dizzy, which would put her in danger if she drove, she informed the court she needed to rescheduled she never missed dated in the 2 years or more, weather she needed to be there or not, they as unlawfully drugg her case out. Mary Ashton then threaten her that she does not have an attorney

and a bench warrant for failure to appear can be issued for her arrested. She is prose, which is another tactic and hope they could to trap Ms. Hopkins in from exposing them to give her another charge to ruin her career further. This was within the same week of the WC hearing.

Then she spoke with Judge Keith and they then mentioned that if she did not show up, she would have to give a them in criminal court a doctor's note **to be out for the remainder of "the week"** (red flag) remember **she had a WC hearing on the 3/26th**. Why to do she need to provide a doctor's NOTE for **"the WEEK"?** Another attempt/tactic to sabotage the WC Hearing. They rescheduled another date for Ms. Hopkins to appear. Ms. Hopkins brought in the doctor note, to confirmed issues with adjusting to medication, but not for the week. Judge Keith made a sly comment about that saying something negatively about doctors note then he left it alone.

Note: The Workers Compensation prolonged Ms. Hopkins case as well, then set her Hearing date from January 2021 after the Jury Trial in Criminal Court that was to take place on or about March 22, 2021 Jury Trial Criminal Court Date; as to the reason theirs was set on March 26, 2021 WC Hearing, in hopes that would have solidified the WC for denial of benefit (Ms. Hopkins is entitled to), with a wrongful conviction of guilty, but as always they Mary Ashton Slagel/Prosecutor Office took it off the calendar and made an excuses as to why it could not be heard. After Ms. Hopkins continually caught them in lies, and knew they were all working together behind the scenes, of why they're not having Jury Trials then later finding out they were having Jury Trials, they wanted to hide behind the COVID excuse's, then oh we have other cases more important than yours etc.. and the list went on. *All of this to conceal their fraudulent activity and conspirator acts in given them more time to still uphold a wrongful prosecution.*

Every time Ms. Hopkins had a hearing with the Workers Compensation, Mary Ashton Slagle

would always try to interfere somehow. According to Mary A.S.:

**Rosie Hopkins** [redacted]                                                   Thu, Apr 15, 10:36 AM  ☆  ↰  ⋮
to Mary ▾

Response:
As to the date of May 10th there is a conflict, I will be on vacation visiting with my family that I haven't been able see due to do the last 2 years;  due to all of these legal matters; therefor; the meeting needs to be set sometime around June 10th or after.

On Mon, Apr 12, 2021, 2:48 PM Slagle Mary A. [redacted]
Good afternoon Ms. Hopkins.

Unfortunately Judge Gregory is scheduled to be in other counties for the next few weeks and will not be back in Wake County until the week of May 10. Per his request, we will need to schedule something with him that week so that you can be heard on your objection/proposed order.

As is customary, you should not file your document with the court prior to the judge hearing it because it is not a motion (like your other documents), but is instead a court order. I have not filed the proposed order that I emailed you last week, and do not plan on doing so until Judge Gregory reviews it. My plan is to present my order to him at the same time you present yours. Do you have any conflicts the week of May 10?

According to Mary A.S.:

Good afternoon Ms. Hopkins,

As is customary, you should not file your document with the court prior to the judge hearing it because it is not a motion (like your other documents), but is instead a court order. I have not filed the proposed order that I emailed you last week, and do not plan on doing so until Judge Gregory reviews it. My plan is to present my order to him at the same time you present yours. Do you have any conflicts the week of May 10?

She re-wrote the first order because she had lied on Ms. Hopkins in that proposed order and Ms.

Hopkins corrected her within her order.


She told Ms. Hopkins not to file the documents then write it up to make Ms. Hopkins look bad

and state she did not file it. However, Ms Hopkins did file documents/motions/ and visual

evidence before she entered into the court due to fraudulent activity and given misleading

information Ms. Hopkins experienced with them in the past.

She also lied and said Ms. Hopkins didn't present her or the court with Motions etc, but she did.

**According to Judge Keith/Prosecutor:**

Defendant objected to the State's proposed order and prepared a counter order of the proceedings. On May 6, 2021, Defendant came before the Court and presented her counter order, while the State presented their proposed order. Judge Gregory signed off on the State's Order, as they were the prevailing party, and it was subsequently filed with the Clerk of Superior Court.

On May 6, 2021, Defendant also filed two new motions, including: Motion to Recuse Judge Keith Gregory, Judge Rebecca Holt, Mary Ashton Slagle, Austin Braxton, and Erin Becker; Motion to Change Venue. Defendant did not serve those motions on the State as they were filed immediately prior to Defendant's arrival in court; however, the State waived notice, and the Court heard Defendant's arguments on her filed motions.

Defendant was also heard on her Motion to Confirm Evidence Has Been Tampered With. This motion had not been filed, but had been served on the State, and the State consented to the Court hearing it.

. On May 6, 2021, the Court again advised the Defendant of her right to Counsel and she indicated that she would like standby counsel to be appointed to her for future proceedings; the Court approved this request.

Due to a person exercising their freedom of written and oral presentation of speech, in writing black lives matter, all lives matter to Ms. Hopkins; however, she is consider Africans America/Black. How dare they take offence to a crime they help to create, COVER UP, and prosecute then placed it on a innocent victim Ms. Hopkins in distress in attempting to defend

herself from her attacker. She is merely pleading to show her life matter too, but have been ridiculed and treated like she's nothing throughout this ordeal that's now gone over well over 2 years, when will a stop be put to this madness and nonsense. There are really people out there that have really and truly committed crimes and Ms. Hopkins is not one of them, but have to suffer because of Prosecutors Negligence etc..

Just remember when their on the other end, having to defend themselves for their unlawful, unethical actions, do unto them as they did unto Ms. Hopkins, they had no mercy for her from day 1, knowing they were in the wrong and acted with malice in convicting her. In Court, Ms. Hopkins/Clerk provided the Prosecutor and Judge Keith Gregory with the Charge of Discrimination, and additional video clips of the Prosecutor's DVD itemized list of clips and photos of the each footage start and end times, to stop and block them from further edits to frame Ms. Hopkins, AND a **AFFIDAVID with MR. CHRIS CLAY, EXPERT WITNESS VIDEO EDITOR CONFRIMING EVIDENCE HAD BEEN EDITED OR MISSING CLIPS.**

Ms. Hopkins learned on May 21, 2021 they are considering throwing out the video footage after convicting Ms. Hopkins because if it and false testimony. Then think they are going to get the same conspirator lying witness's, based on hearsay to testify about the incident and edited footage they edited in the first place to frame Ms. Hopkins.

In reference **Judge Keith** to his mentioning of racial undertones comment is invalid and a mere distraction from the REAL ISSUES AT HAND. She presented the Courts with her CHARGE OF DISCRIMINATION: If she did not give it to them or notify them they would have that to

complain about or belittle her. Ms. Hopkins was only putting them on notice as to what's it to come and the reason BLM was reference in her documents.

In the Order of Denying Motions of Ms. Hopkins by: Judge Keith Gregory wrote:

The Court is concerned about Defendant's tactics regarding racial undertones, both in writing and in Defendant's statements made in court explicitly about race. The Court finds that Defendant is going down a path that is frivolous and hereby, has warned her as such.

Ms. Hopkins is concerned about the racial injustice she has had and is currently having to endure for the past 2 ½ years of a conspiracy cover up of edited video evidence, to conceal wrongdoing of Defendants and others. **He had the audacity to say, <u>Ms. Hopkins was going down the path that is frivolous and has warned her. This was only the second time of meeting her. She has been nothing, but professional and respectful toward him. Ms. Hopkins has now decided to share her experience and how he has treated her in his court room.</u>**

Ms. Hopkins has been extremely patient, respectful, and professional through this case which cannot be said about the other parties for that matter. They all have lied on her, ridiculed her, slandered her, ruined her career, which has she handled it with dignity and respect, perseverance in taking a stand against the injustice she has had to wrongful suffer, but untimely suffering in silence, as it has thrown her in a world wind of great pain and suffering, of uncertainty, but she has FAITH, that one day Justice will prevail, on her behalf, when placed in the right person(s) hand; that will no longer tolerate this cruel an usual punishment to a innocent person merely trying to protect herself from an irate client, of which was not harmed by Ms. Hopkins at all. The

Officer Sean/ Mitchell nor the State Pamela/Stella did a proper investigation; they all conspired to cover it up, a violent attack against a Habilitation Technician for other to avoid liability.

As Ms. Hopkins stated now and then she feels threaten by Judge Keith Gregory of abusing his power/discretion to under handedly attack Ms. Hopkins through court documents and rulings on the record. As he appear to be a cover for all those before him of which he know nothing as to how Ms.Hopkins have been treated by the previous Judges/Prosecutors that are not of his decent. THE *ONLY THINGS THAT ARE FRIVOLOUSE* IS THE CONFIRMED EDITED FOOTAGE THEY ALL USED AN ARE USING TO CONTINUE TO FRAME MS. HOPKINS ON AND THE FALISED TESTIMONIES OF THE STATES WITENESS'S and the constant disrespect for PROSE LITAGANT/CIVIAL/CITIZEN RIGHTS.

In the Order of Denying Motions of Ms. Hopkins by: Judge Keith Gregory wrote:

Given the duplicative, frivolous motions filed over the last few months, the Court has implemented a Gatekeeper Order, prohibiting Defendant from filing any future motions without a licensed attorney reviewing said motions and giving signed approval of their filing. Defendant's standby counsel will serve in this capacity moving forward.

They were duplicated because they were filed in 2019, no one ever responding them for the most part, or they would deny them etc. He has completely tried to stop Ms.Hopkins from FURTHER EXSPOSING THEM through this gatekeeper order. He THREANTED/yelled intimidating Ms. Hopkins that if she did not accept his offer of a public defender and if she chooses to hire an attorney later she will be denied.

The *public defender* at the time as of 6/2021 that THEY assigned to Ms. Hopkins was hard to contact and did not return emails or calls promptly. However, she has spoken with the prosecutor more than Ms. Hopkins it seems. Ms. Hopkins feels the PD is too busy to assist Ms. Hopkins and this pose a problem, in preparation for Jury Trial. Ms. Hopkins have addressed this to them.

The Public Defender informed Ms. Hopkins the prosecutor, offered Ms. Hopkins to **take another plea** deal and this is about the 4 th or 5 th offer in the past 2+ years, she still refuse. However, Ms. Hopkins never hardly ever see them in writing. Ms. Hopkins does not want a plea deal she wants Justice. In this deal, they want Ms. Hopkins to take anger management "Really". Still trying to use their Judicial Powers in upholding a wrongful charge and conviction.

Ms. Hopkins did not commit a crime nor have they personally seen Ms. Hopkins angry or to a point they need to recommend anger management classes, so why do she still have to suffer for their wrong doing?

When have they ever saw in 2 ½ years Ms. Hopkins acted out in anger, *they have not*, but they have created the fasle illusions. Moreover, so why does she need anger management, as a condition in their plea deal that they know she will not take?

Consequently, any person that has gone through what they intentionally put Ms. Hopkins through has a right to be angered. So, I would assume they are indirectly admitting their guilty knowing what they purposefully cause would make someone angry. Now, they are all caught red handed and now want to play the MENTAL or ANGER card, to avoid their punishments. The only thing Ms. Hopkins is suffering, is from what they all have caused to her, Ms. Hopkins know exactly what has transpired and playing those cards against her will fail; in attempts to create

additional illusions to distract from the TRUTH AT HAND, falsifying documents and video evidence.

**SHE IS NOT JUST STATING THEY FRAMED HER, BUT SHE HAS AN ARRAY AND A MULTITUDUE OF VISUAL, WRITTEN, AND AUDIO EVIDENCE AGAINST THEM.**

THE GATEKEEPER ORDER

**Judge                        Keith                    kept:                    stating "you          how        I        get        when        I'm        tingling, I'm tingling," several times as an intimidation tactics and he followed through on his tingling sensation, which appeared to have been a premeditated decision to hinder/block Ms. Hopkins with the GateKeeper Order. An illusion as if it was meant to aid her in properly submitting her motions/documents, by appointment of PD, but if that Public Defender, is not available to assist, it sabotages Ms. Hopkins case, giving the court lead way, in further harming Ms. Hopkins in a botched set up to fail, Jury Trial of no evidence/ motions/ witnesses to get a dismissal etc..**

**Here are the some motions that were filed by Ms. Hopkins during Judge Keith Gregory presiding over the case and shortly after maybe a month give or take then he ordered the Gatekeeper Ordered against Ms. Hopkins in May 2021 one month before her Jury Trial, July 26, 2021.**

**Since Judge Keith was unable to get Ms. Hopkins with the falsified court appearance meeting set up to review previously filed motions, in which the Prosecutor Mary A.S.**

tricking Ms. Hopkins to come to court for another objective in which she had ulterior motives *then requested the court/order to have Ms. Hopkins committed with a furiously-forensics evaluation document/ SET UP, to stop the Worker Compensation Hearing, when that failed, they devised another judicial tactic of the gatekeeper order*, because Ms. Hopkins was exposing them, *to make it appear as if she's incompetent*, which is far from the truth and they know it.

*Ms. Hopkins feels,*

*If you really want to question competency concerning their knowledge and education as it pertains to NC Statues, Laws, Due Process Rights, Policy, Code of Ethics, Rules, and the US Constitution. Ms. Hopkins have found that they are knowingly ignoring them, forgot them, do not know them, or intentionally violating them.*

Now, they are tying to figure ways to make Ms. Hopkins look as if she has anger issues in general for no reason, incompetent, and or have usable mental issues as a tactic to cover up their wrong doing. Whether she has MH dx or Upset, by being Set Up, that is normal given the circumstance by all that she have been put through by them and others. The have always been respectful and patient from Day 1. The District/Superior Court (Prosecutors/Judge) want to manipulate it and twist it around to use it to their advantage as a scapegoat and their get out of Jail or punishment free card.

Note:

**Ms. Hopkins was able to be competent in represent herself in the Worker Compensation Hearing and present evidence, motions, etc. and it appear that she had done very well.**

**According to Judge Keith:**

The Court is concerned about Defendant's tactics regarding racial undertones, both in writing and in Defendant's statements made in court explicitly about race. The Court finds that Defendant is going down a path that is frivolous and hereby, has warned her as such.

QUESTION: IN THE MATTER OF THIS CASE, WHAT PATH HAVE THEY GONE DOWN? Frivolous charge and conviction, conspiracy etc...

Ms. Hopkins informed the Court that she will be filing a lawsuit and had a right to sue letter given by the EEOC. Ms. Hopkins did not say anything out of the ways and remained respectful, but explained how she felt and how she has been mishandled framed and discriminated against with evidence.

What did Ms. Hopkins say so racially undertone in writings and statements in court explicitly about race? To the point he enforced the Gate Keeper. Where is freedom of speech? His reason is weak and unethical as it takes away from the real crime they are trying to hide and cover up and his real motive and intent of the order. This is merely abuse of his discretional power, if those are the reason he decided to issue that order.

Ms. Hopkins as a right to submit evidence, you all got to understand for nearly 2 years no one acknowledged for the most part, Ms. Hopkins filings in court she was always told to wait to trial etc, this is the reason he had to address all of them, this was not Ms. Hopkins fault, but that of the judicial system in Wake County. This order is unfair to say the least and his reason behind, its

(undertones) as it relates to Ms. Hopkins being framed with falsified video evidence and false witness testimony, to block and hinder her. **His conclusion is not sufficient facts of law in his given explanation for this injunction made upon Ms. Hopkins.**

**The following are a snap shot view that are not all in the natural form in which they were filed of said Motions filed during Judge Keith Gregory presiding over this case:**

JUDICIAL MISCONDUCT IN DISTRICT AND SUPERIOR COURT

NORTH CAROLINA

WAKE COUNTY

## COURT OF APPEALS

STATE OF NORTH CAROLINA

VS

ROSIE HOPKINS (DEFENDANT) PRO SE        "MISDEMENOR APPEAL CASE"

## IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISON FILE NO:

## 19 CRS 200588

RESPONSE TO ORDER DENYING DEF MOTIONS AND REQUEST OF

****************APPLEAL TO HIGHER COURT OF APPEALS*******************

## NOTICE

THIS CASUE HAVING COME before the Court and being heard before the undersigned Wake County Superior Court Judge, on March 25, 2021, upon Rosie Hopkins Defendant various filed Motion. The State of North Carolina was represented by Ashton Mary Slagle of the Wake County District Attorney's Office. The Defendant, after waiving the right to all counsel, was representing herself. After Judge Gregory reviewing the filed motions and hearing the arguments of counsel/Ms Hopkins, the Court gave and unethical finding of facts and the Judge made an error in law as it applied to several of the Motions filled.

### Ms Hopkins Alleged Fact Finding

1. On or about January 9, 2019, Officer Sean Myers wrongfully chose to arrest Ms Hopkins who was the person

   actually assaulted and abused by the irate aggressive person with IDD who's a **"community risk"** stated in his

   Individual Support Plan. **Ms Hopkins** was the person who called for an officer on 1/9/19, to press charges against

   the client after viewing video. Ms Hopkins was arrest April 1, 2019, about 3 months later, (the officer turned

   everything around and further assisted the others in a conspirator act to frame) Ms Hopkins. Prosecutors refused

   evidence from Ms Hopkins.

2. On June 22, 2020, during the movement BLM, Judge Michael Denning found Defendant Guilty based on his viewing

   of Brady Violation, manufactured, edited, tampered to frame evidence presented by the State of North Carolina

1

Acknowledge Document Review: Judge Keith Gregory _____        Date: _____

and witness testimony of perjury, changing answers, etc...contradictory to the evidence and actual events that took place based on hearsay and fraudulent coerced statement, but not limited to client stating he was hit 3 times to the back of the head of which was never happened or wrote in the officer narrative of investigation, at the time he investigated the client. The client , who never complained of being hit or hurt; until Officer Sean Myer spoke with him over a week later telling the client what he witness etc... under oath Karen Beaty client mother confirm, son never mention he was hit until the officer appeared and questioned him.

3. Upon Malicious conviction/prosecution Defendant exercised her right to appeal and entered a notice of such in open court on June 22, 2020, due to the court and conspirators attempt to frame and obstruction of justice and due process violation etc... and not allowing Ms Hopkins the opportunity to a fair and just trial and presenting all of her evidence of support and prove innocents. They even place one of Ms Hopkins trail on a (1) bogus date in people's court to hinder Ms Hopkins witness 's from testifying such as **Chief Deputy Mitchell McKinnon**, Natasha Murdock etc.. They also attempted to unitize another secret cannon on or about 3/25/21. Mary Ashton Slagle, threw a (2) **forensic commitment** paper in Ms Hopkins face to sign, when it was her turn to discuss the list of motions after Ashton ordered Bailiffs during the entire hearing Judge reviewed her request to commit which, demonstrated a clear malicious intent to harass, humiliate, and incarcerate/commit was amongst one of the first persons to arrive at court, but pushed back to the end unknowingly; It appeared to be another Judicial tactic to stop Ms Hopkins form her Worker Compensation Case and to hinder **Chief Deputy Mitchell McKinnon** _from testifying_, by committing her under false pretense and freedom of speech etc... to intimidate Ms Hopkins into submitting to unjust and unlawful treatment which also serves to warn others not to challenge unlawful acts by a District/Misd of Appeals/ Superior Court work together regardless. Ms Hopkins is well aware of what is going on and what has happened and transpiring currently. She does not have any concern of a commitment at this time and has NO SI or HI for the record, now or in the future. **Safety Statement**: Ms Hopkins would like to let the court know that she is in fear of her life and afraid what they Law Enforcement/ Judicial Officers may tried to do to her now or if ever she incarcerated in order to stop any legal preceding and law suit that may be against them. Ms Hopkins MH DX is caused by the client-and judicial conspirators who have violated their oath/office etc., lead to def. Dx and LEGAL ABUSE Syn. with judicial code of conduct secret CANNONS to stop, hinder, or discourage prose ligations.

2

<u>Acknowledge Document Review: Judge Keith Gregory</u> _____ Date: _____

4. Defendant's case has been on the misdemeanor appeal docket since 6/20/19 after it was prolong OVER A YEAR maliciously by Erin Becker and wrongful prosecuted by Austin Braxton in only 2 weeks of having the case and now Mary Ashton Slagle, with what appears to be avoiding and procrastination and attempt to run out the statute of limitation of allowing Ms Hopkins her right to a trial by Jury and to avoid punishment for their wrong doing. If there is a Jury trial the plan due to denying all of Ms Hopkins motions/witness again to set her up to FAIL as Judge Denning did and not prove her innocence that she can with a preponderance of evidence *she has "BUILT" against the "STATE OF NORTH CAROLINA" conspirators/client.* "Prosecutor refuses to give Ms Hopkins all state evidence".

5. On February 4, 2021 etc, Ms Hopkins filed motions to prove her case. Later, the Judge(s) past present future denied motions or refused to acknowledge or refusal to respond. The latest denial was from **Superior Ct. Judge K. Gregory.**

6. On March 25, 2021, Defendant filed additional Motions prior to appearing in court, and also made copies and served the State on those Motions as well. *Alston has yet again given false and misleading information* to the courts against Ms Hopkins. **MARY A.** wrote in order denying Ms Hopkins, did not serve the state the additional motions, she was *"in fact served"* Mary Ashton Sagle the copies were given to her in hand, See---Attachments

7. Ms Hopkins also felt threaten and intimidated by Judge Keith Gregory, disposition to Motions Filed that he later denied, blew are the new motions that were brought to the State attention as well as Judge Keith Gregory.

8. **BLACK AFRICAN AMERICAN "FEMALE" LIVES MATTER TOO/NOSE BLEED FOR 3 DAYS AFTER MULTIPLE STRIKES BY ZK.**

 

9.

3

Acknowledge Document Review: Judge Keith Gregory _____ Date: _____

PETITIONER:

**SUPERIOR COURT**

THE STATE OF NORTH CAROLINA

VS

19 CRS-200-588

JUDICIAL DISTRICT

DEFENDANT:
PRO SE
MS ROSIE HOPKINS

WAKE, NC

(COUNTY, STATE)

The Statutory Law of Self-Defense in North Carolina

**MOTION TO INFORM THE COURT ON FAILURE TO APPLY THE LAW**

§ 14-51.3. Use of force in defense of person; relief from criminal or civil liability.

(a) A person is justified in using force, except deadly force, against another when and to the extent that the person reasonably believes that the conduct is necessary to defend himself or herself or another against the other's imminent use of unlawful force.

(b) However, a person is justified in the use of deadly force and does not have a duty to retreat in any place he or she has the lawful right to be if either of the following applies: (1) He or she reasonably believes that such force is necessary to prevent imminent death or great bodily harm to himself or herself or another. (2) Under the circumstances permitted pursuant to G.S. 14-51.2. (b) A person who uses force as permitted by this section is justified in using such force and is immune from civil or criminal liability for the use of such force, unless the person against whom force was used is a law enforcement officer or bail bondsman who was lawfully acting in the performance of his or her official duties and the officer or bail bondsman identified himself or herself in accordance with any applicable law or the person using force knew or reasonably should have known that the person was a law enforcement officer or bail bondsman in the lawful performance of his or her official duties. (2011-268, s. 1.)

Ms Hopkins had the right to perform self defense in the event she parceived the client as threat. He had struck her multiple times extremely hard in her neck, shoulders, arms, and slammed her hitting her head. She first fled from then reacted in fear after his hand rose up set her. If you didn't save her HE you Must Acquit! The angel was out of the where no one could state Ms Hopkins actually made contact in that moment. The client jerks back and punched Ms Hopkins making this around at the least his 17th strike causing bodily injury. **Acknowledged Read:**

---

PETITIONER:

**SUPERIOR COURT**

THE STATE OF NORTH CAROLINA

19 CRS-200-588

JUDICIAL DISTRICT

DEFENDANT:

PRO SE
MS ROSIE HOPKINS

WAKE, NC

(COUNTY, STATE)

**MOTION TO INFORM THE COURT ON FAILURE TO APPLY THE LAW**

§ 14-33. Misdemeanor assaults, batteries, and affrays; simple and aggravated; punishments.

(a) "Any person" who commits a simple assault or a simple assault and battery or participates in a simple affray is guilty of a Class 2 misdemeanor. (THIS INCLUDES A INDIVIUAL W DEVELOPMENTAL DISABILITIES)

(b) Unless his conduct is covered under some other provision of law providing greater punishment, any person who commits any assault, assault and battery, or affray is guilty of a Class 1 misdemeanor if, in the course of the assault, assault and battery, or affray, he or she:

(1) Inflicts serious injury upon another person or uses a deadly weapon;
(2) Assaults a female, he being a male person at least 18 years of age;
(3) Any person who, in the course of an assault, assault and battery, or affray... inflicts serious injury upon another person, or uses a deadly weapon, in violation of subdivision (1)(2) of this section, on a person with whom the person has a personal relationship, and in the presence of a minor, is guilty of a Class A1 misdemeanor. A person convicted under this subsection, who is sentenced to a community punishment, shall be placed on supervised probation in addition to any other punishment imposed by the court.

(§ 370-1, c. 43, s. 2; 1873-4, c. 176, s. 6; 1874-5; 62, ss. 1, 6; Code, s. 987; Rev., s. 3620, 3811, c. 169; C.S., s. 8, c. 324, 818; 1881, c.) **THE CLIENT IS A COMMUNITY RISK ON RECORD** 112-C3 DANGER.

**Acknowledged Read:**

---

Judge Michael Denning's actions are criminal violations of Article 30 - Obstructing Justice - N.C. Gen. Stat. **§14-221.2** "Altering court documents or entering unauthorized judgments" & **§14-100** "Obtaining property by false pretenses" to unlawfully obtain money and property from Sunaina S. Glaze.

**IMPEACH JUDGE MICHAEL DENNING OF WAKE COUNTY, NC FOR FORGING $49,321.75 ATTORNEY FEE ORDER**



https://www.change.org/p/state-bureau-of-investigation-impeach-judge-michael-denning-of-wake-county-nc-for-forging-49-321-75-attorney-fee-order

CHRONOLOGY OF ACTIONS BY JUDGE DENNING:
1. On January 1, 2013 Complaint for 13-CVD-311 was filed by Alice Stubbs (Attorney for Sunaina Glaze)
2. On January 7, 2013 BOTH the Complaint's Notarization and Summons to the Defendant were fraudulently and unlawfully altered in the court's official record.
3. On March 1, 2013, without Subject Matter Jurisdiction, Judge Michael Denning entered a Consent Order without a hearing and based it on the absent Complaint.
4. On August 25, 2016 without a Motion to Modify Child Custody and after a four day hearing on Permanent Custody between April 18-22, 2016, Judge Denning entered an order 'captioned' ORDER TEMPORARY CUSTODY.
5. Keisha Ruth, SIXTH DENHAM Attorney for Defendant, failed to serve the August 25, 2016 ORDER TEMPORARY CUSTODY upon Sunaina Glaze in violation of North Carolina Rules of Civil Procedure, Rule 5 Certificate of Service, Rule 11 Signature of Attorney, & Rule 58 Serve within three days of entry of the order by US Mail.

Ms Hopkins - Or it could have been a Judge who altered my Motion **Judge Michael Denning** Distrust of corrupt behavior and acts which **lead** to my wrongful malicious conviction. He knew the video was **edited**.

**Acknowledged Read:**

---

PETITIONER:

**SUPERIOR COURT**

THE STATE OF NORTH CAROLINA

19 CRS-200-588

JUDICIAL DISTRICT

DEFENDANT:

PRO SE
MS ROSIE HOPKINS

WAKE, NC

(COUNTY, STATE)

MOTION TO INFORM THE COURT ON CLERICAL, JUDICIAL ALTERATION OF DEFENDANT'S MOTION

I Rosie Hopkins Pro Se, submitted the document below to the clerk's office on or about February 26, 2020. Just before I submitted the Motion, I made a correction on the document with an ink pen. I had made a mistake, but corrected the error from HIM TO HER. At time passed, I came back up here to review my document and do a Re-check, when I notice one of your personnel, prosecutors, or staff members illegally altered my document, yet again to frame me. I also have proof of this and a copy of it with my summation to the word HIM.

This has gone too far and will not be tolerated. I demand Justice and to be relieved from this wrongful prosecution and illegal practice, this clear violation of my rights. I also brought this to the attention of the Manager of the Clerk's Office.

It once said is: **Defendant first chose to leave the incident/attack by walking away and informed the aggressor of HER surrender and or to stop, and the aggressor pursued HER anyway.**

MOTIONS FOR HALF EVIDENCE

[small illegible text block]

**Acknowledge Read:**

---

**All Motions 3/25/21 above and the motion for dismissal was given to the State Prosecutor Mary Ashton Slagle.**

4

Acknowledge Document Review: Judge Keith Gregory          Date:

## MOTION TO INFORM THE COURT ON FALUIRE TO APPLY THE LAW

### § 14-51.3. Use of force in defense of person; relief from criminal or civil liability.

(a) A person is justified in using force, except deadly force, against another when and to the extent that the person reasonably believes that the conduct is necessary to defend himself or herself or another against the other's imminent use of unlawful force.

### (b) MOTION TO INFORM THE COURT ON FALUIRE TO APPLY THE LAW

(c) § 14-33. Misdemeanor assaults, batteries, and affrays, simple and aggravated; punishments.

(d)

(e) (a) *"Any person" who commits a simple assault* or a simple assault and battery or participates in a simple affray is guilty of a Class 2 misdemeanor. (THIS INCLUDES A INDIVIDUAL W DEVELOPMENTAL DISABILTIES)

(f) (b) Unless his conduct is covered under some other provision of law providing greater punishment, any person who commits any assault, assault and battery, or affray is guilty of a Class 1 misdemeanor if, in the course of the assault, assault and battery, or affray, he:

(g) (c) Unless the conduct is covered under some other provision of law providing greater punishment, any person who commits any assault, assault and battery, or affray is guilty of a Class A1 misdemeanor if, in the course of the assault, assault and battery, or affray, he or she:

(h) (1) Inflicts serious injury upon another person or uses a deadly weapon;

(i) (2) *Assaults a female, he being a male person at least 18 years of age;*

(j) (d) Any person who, in the course of an assault, assault and battery, or affray, inflicts serious injury upon another person, or uses a deadly weapon, in violation of subdivision (c)(1) of this section, on a person with whom the person has a personal relationship, and in the presence of a minor, is guilty of a Class A1 misdemeanor. A person convicted under this subsection, who is sentenced to a community punishment, shall be placed on supervised probation in addition to any other punishment imposed by the court.

(k) . (1870-1, c. 43, s. 2; 1873-4, c. 176, s. 6; 1879, c. 92, ss. 2, 6; Code, s. 987; Rev., s. 3620, 1911, c. 193; C.S., s. 9, cc. 524, 656; 1981, c.). THE CLIENT IS A COMMUNITY RISK ON RECORD. 122-C3 DANGER

### (l) MOTION TO INFORM THE COURT OF *ILLEGAL JUDICIAL ALTERATION OF DEFENDANTS' MOTION*

(m) I Rosie Hopkins Pro Se, submitted the document below to the clerk's office on or about February 26, 2020. Just before I submitted the Motion, I made a correction on the document with an ink pen, I had made a mistake, but corrected the error from HIM TO HER, As time passed, I came back up here to review my document and do a file check, when I notice one of your personnel, prosecutors, or staff members illegally altered my document, yet again to frame me. I also have proof of this and a copy of it with my correction to the word HIM.

(n) This has gone too far and will not be tolerated, I demand Justice and to be relieved from this wrongful prosecution and illegal practice, this clear violation of my rights. I also brought this to the attention of the Manager of the Clerk's Office.

(o) It once read as: **Defendant first chose to leave the incident/attack by walking away and informed the aggressor of *HER* surrender and or to stop, and the aggressor pursued *HER* anyway.**

### (p) *Motion to Dismiss Conviction*

(q) 1). As Defendant was wrongfully maliciously convicted on June 22, 2020 of the crime of Assault of Individual with Disability, it is established beyond a reasonable doubt Ms Hopkins fear for her safety being cornered by a client who is deemed a community risk (dangerous to self and others) and very violent who had already struck her repeatedly causing pain to her body before they ever arrived at the rest room. Ms Hopkins Flight Fight Syndrome reaction of apprehension of imminent harmful after Ms. Beaty rose his hands up to attack violent sticking Ms Hopkins yet again. The client mother did not want NCI used on her son in the event he became "AGGRESSIVE" documented in is ISP not was is allowed to be used any longer at this time of the incident.

(r) 2). Defendant did not have a willful intention to injure Mr. Beaty on January 2, 2019. This is supported by him not wanting to leave her side and refused to go with his own mother. He was sent to do a job and that was to set up Ms Hopkins in order for him and his mother to get program security, due to his inability to maintain consistent workers ETC...

### Ms Hopkins at this time, request to appeal to higher court as of April 9, 2021.

5

Acknowledge Document Review: Judge Keith Gregory _____ Date: _____

## Judge Michael Denning

### The Judge who actually convicted Ms. Hopkins with edited evidence knowingly.

He abused his Judicial Discretion, Committed Obstruction of Justice, Violated the Constitution/Oath he swore to uphold, and Ms. Hopkins Due Process Rights etc..

As to the Reason he was no longer on the Judicial Board of Child Custody; Due to unlawful, unethical, fraudulent acts done allegedly in the Sanyia Booth CASE. He Retired on about August 2020 about 2 months later, after wrongful convicting Ms. Hopkins, after learning she recorded the Trial; however, she was not told she couldn't as a ProSe Litigant Acting Attorney.

According to Attorney Daniel Moose, who informed Ms. Hopkins in 2019, at the time he represented her, that he was informed by the Prosecutor Erin Becker and the Judge, "that they were not going to let this case go."

After several failed attempt of setting/ then rescheduling case for Trial.

On or about, March 7, 2020, they sabotage Ms. Hopkins court trial again, making it appears as if they did not have a Judge and placing her trial in a [PEPOLE'S COURT] room/date to prevent Ms. Hopkins from having Trial an witnesses in testify under oath (Natasha Murdock, Chief Mit. McKinnon/McKinney, and Michele Sullivan).

They had the bailiff to approach Ms. Hopkins, who was minding her business and sitting quietly, asked her to leave before the Judge entered the court room. She was told by the prosecutor assistant ... that the court room didn't have a Judge assigned and everyone would be asked to

leave. Ms. Hopkins noticed that no one was leaving and people were still sitting in the court room; However, shortly after the bailiff approached and asked her to leave, she left, but shortly returned and startled the court room, due to suspicious activity of the Judicial parties/personnel, she asked to approach the bench due to numerous games the prosecutor's office had played even prior to that day in delaying Ms. Hopkins trial settings from occurring sabotaging it in every way judicially possible to prevent Ms. Hopkins from proving her case in attempts to run out the statute of limitation; due to wrongful and malicious prosecution.

District Trial: 6/19/2020

Allowed a Property manager to act as an expert witness after Defendant prose litigant objected to this obstruction of justice, but was overruled. The same person who edited the footage was able to act under oath and give false testimony on the validity of fabricated evidence. The Prosecutor also led the witness in given part of his testimony under oath as well.

The Judge allowed the Prosecutor Austin Braxton to continue even though there was a Brady Violation with the video evidence.

The Judge told Ms. Hopkins she can't ask what someone else said, but allowed Austin ADA.

The Judge allowed a trail to continue based off edited footage and hearsay that came from witness who conspired to frame Ms. Hopkins.

The Judge often times interjected prohibiting states witness from given pertinent testimony.

On several occasions Ms. Hopkins requested to show her evidence at Trial, on her jump drive and was told by Austin Braxton she could and would get a chance to show her evidence. When it came down to it Judge Michel Denning manipulated the court record as if Ms. Hopkins was not ready or prepared or had evidence to present in court, in which she was and did have.

Ms. Hopkins objected to every witness the state brought against her due to not being an eye witness to the alleged crime and mere hearsay to the event, the judge overruled.

The alleged crime she was arrested for was the strike to the shoulder; however, they Sean Myers and Austin Braxton tried to get Ms. Hopkins also convicted on alleged 3 strikes to the back to the head, through false and misleading testimony. This was added to further incriminate Ms. Hopkins of Abuse.

They failed to inform Ms. Hopkins Zackary was not going to be present and told her she should have asked early. She believed he might have been in back and asked to come out later. After all Erin Becker confirmed his presence, with Judge Baker instruction.

When it came time, for Ms. Hopkins to show her evidence on 6/19/19, the Prosecutor Austin Braxton all of a sudden immediately shut down the computer monitor system and said it was no longer working due to technical difficulties.

***Ms. Hopkins was tricked*** into giving her testimony by the Judge, telling her that <u>she needed to</u> <u>lay a foundation</u> in order to show her evidence. Knowing along he was not approving it, to block her from show her evidence.

Ms. Hopkins asked if she lay a foundation there is a possibility you/Judge Denning may still rejected it, but this is the only way you will let me show my evidence, he agreed.- He never planned to allow Ms. Hopkins to show evidence of video or photos. ***Judicial abuse of power and system racism.—Extreme Distress Caused and Emotional abuse- Setting Ms. Hopkins up to fail.***

Ms. Hopkins took the stand and gave testimony, and asked may she lay her foundation thereafter, in which she attempted to, but the Judge interrupted her then later rejected her foundation and refused to allow her to show her evidence. ***Discrimination, but allowed the Prosecutor.***

At the time, Ms. Hopkins was on the stand giving her testimony, Prosecutor Austin Braxton was able to miraculously played the computer lab top connected to the court monitor to getting it to work at which time he presented the court with his video and Ms. Hopkins pointed of numerous edit right in front of open court for all to see including the Judge. It showed a 5 minutes skip, a man appear in this air in the middle of the parking lot, Zackary getting out of the car and he and Ms. Hopkins appear over on the other side of the bush area, but did not show how they got there.- Then Judge Denning said, " The evidence speaks for itself," but still unlawfully convicted Ms. Hopkins. **Discrimination and unethically judicial practice and abuse of discretion.**

Once Charis link took the appeal case, and attempted to retrieve the video evidence she informed Ms. Hopkins the prosecutor had the 3 minute video that ran concurrently, but she and unable to get it.

The next time Ms. Hopkins received/ seen the prosecutor video they separated it into about 20 clips and placed it on a CD, and given to her to pick up March 2021. This is not how the clips were shown in court. The Judge asked ADA Austin Braxton to show everything and he did not. **Brady Violation, Fraud upon the Court, and Obstruction of Justice.**

He only allowed her to give the officer narrative and they told her to state for the record her request for dismiss, which he later denied. It was rigged and set up for Ms Hopkins to fail ever before she had a chance. **Due Process Violation, failure to apply the law accordingly, Judicial Discretion Abuse.**

**Every time Ms. Hopkins pointed out edited footage (to attorney, prosecutor, and Judges), for wrongful acts against her they just made up a lies to cover it up an kept her in their judicial spider web of turmoil to continue inflecting unlawful judicial acts for well over 2 years causing server emotional distress to her person, on a simple assault case they had a video to. Why drag it out if they did not have anything to hide or weren't in violation of unethical practices and malicious prosecution.**

Witness 6/19/19, Judge Denning allowed all of the States witness's Anthony Sacco, Sean Myers, Karen Beaty to appear and give testimony. See attachment exhibit of their testimony rdraft.

~They stripped Ms. Hopkins of witness's, by prolonging her case, after sabotaging witness's subpoenaed and her Trial Dates only to start it all over again, after repeated lies and excuses. In attempts to completely make Ms. Hopkins alone in her defense against the state's malicious judicial practices.

Ms. Hopkins was able to call a witness Ms. Radford, the court did not know about to testify, but she was later told to get down off the stand after Judge Dennings sworn her in and she testified to seeing several different video clips that were edited of the rest room scene. Austin used judicial tactic as to the witness did not personally know the allege victim.

They constantly struck statements off the record vital defense Ms Hopkins shared and lies the states witness told.

Judge Denning would constantly interject to block vital testimony from the states witness's in connection to the sequence of events and time line, in conspiring to cover up wrong doing.

It was discovered he retired possibly after finding out Ms. Hopkins recorded the Trial.

Ms. Hopkins also noticed thereafter, her system was hacked in order to distort some recordings.

Motions that Ms. Hopkins filed with the Wake County Justice Center District Court had been altered after being stamped by the clerks, prosecutor, and or Judge when reviewing the file on said MOTION FOR SELF DEFENSE filed February 26th 2020.

They changed Ms. Hopkins correction of hand written correction of HER over the word HIM, where another judicial party erased Ms. Hopkins hand written correction.

According to the statue it statues:

**GS 14-15.3 USE OF FORCE DEFENSE OF PERSON; RELEIF FROM CRIMINAL OR CIVIL LIABLILTY.**

**Defendant chose to leave the incident/attack by walking away an informed the aggressor of HER surrender and or to stop, and the aggressor pursued HER anyway. The plaintiff responded to the presentation of a conflict with excessive force rapidly and repeatedly to the defendant.**

**GS 14-15.3 USE OF FOR IUN DEFENSE OF PERSON; RELEIF FROM CRIMINAL OR CIVIL LIABLILTY.**

c) A person is justified in using force, except deadly force against anther when and to the extent that the person reasonably believes that the conduct is necessary to defend himself or herself or another against the others imminent use of unlawful force. However, a person is justified n the use of deadly force and does not have a duty to retreat in any place he or she had the lawful right to be if either of the following applies: 1. He or she reasonably believes that such force is necessary to prevent imminent death or great bodily harm to himself or herself or another. 2. Under the circumstance permitted pursuant to GS 14-51.2

d) *GS 14-51 3A IN SEVERAL CASES, THE COURTS HAVE REVERSED CONVICTIONS FOR THE FAILURE TO INSTRUCT THE JURY ABOUT THIS RIGHT.*

The defensive force statue incorporates the concept of "reasonable necessity"---that is, that a person may use defensive force if reasonably necessary to defend against harm (although reasonableness is presumed in the statue of defensive force therefore remain significant in interpreting and applying the statutory provisions. Among other things, as under the common law, a defendant may offer evidence about why he or she had a reasonable apprehension of harm from the victim, including evidence about prior violence by the victim. See State v. Irabor, NC App 822 SE E2d 421 (2018) (holding that such evidence supported instruction on statutory self-defense). The cases rely oin other common law principles in addressing the statutory defenses, such as the requirements that the evidence must be considered in the light most favorable to the defendant when determining whether the defendant is entitled to a jury instruction on the defense. ID; see also State v. Coley, above. The common law is also additional rights.

A person who uses force as permitted by this section is justified in using such force and is immune from civil or criminal liability for the use of such force.

(2011-268, s. 1.)

Judge Keith Gregory/ was brought in about 2 ½ years later to cover up discrimination and racist claims he laughed ha ha ha and I'm African America he said under his breath, but loud enough to hear, more than likely to get it on the record possibly to give another false illusion, Of that couldn't possibly be the case, "I'm black too." Moreover, his presence changes nothing that occurred before him or thereafter to what Ms. Hopkins have and is experiencing. What happened happened before him that even he cannot erase. Good try though, good ole boys, take care of their own. I thank God that not every good ole boy is a dirty one there are upstanding men and women in our Judicial System and on the force, know that I am speaking as it pertain to my cases and experience in proving my innocents defendants that are mainly listed.

Moreover, discrimination with Judge Keith still exist, Ms. Hopkins also experienced his sexist bias toward a female in his court room Ms Hopkins, in comparison to another assault case against a white male defendant that literally shoved, a person he got into an heated argument with off his bike, and got only a 25.00 fine that even his attorney laughed and found amusing and almost unheard of, but want to through the book at Ms. Hopkins and threaten her in his court room, in through intimidation, trying to show off in front of the white folk, who attempted to

trick her into confinement of a forensic evaluation to hinder and stop the workers compensation hearing.

He also made slight comments and remarks putting it on the record, to demean and tear Ms. Hopkins character further down. So no it has not only been white Caucasians decent, but that of her own kind that has discriminated against her through bias and prejudice when is comes to this case.

Mary Ashton Slagle, reset the date July 26, 2021. Then Judge Keith then interjected trying to help Mary out because she forgot to add, if there are any unforeseen reason we may have to cancel etc.. Basically given them another out or an excuse to prolong the case or make sure Ms. Hopkins has been hindered or striped in proving her case with no evidence or motions prior filed, or witness subpoenaed, just as they did in District Court as he denied all previous filed motions. It is believe that if Ms. Hopkins was able to get all of this in place they would sure fine another reason to put the trial off yet again. Do you know how much time Entergy spent and traveling to subpoenaing people etc...just for the court to intentionally sabotage it, in fear of getting caught up in their web of lies?

At this time, Ms. Hopkins may ask for an extension to have additional time for preparation.

1. Judge Keith Superior Court now decided of having the case of about 2 to 3 months, making a judgment in attempts allegedly too stop/slow down Ms. Hopkins for filing any documents unless they are signed off by an attorney, stating the previous ones were frivolous. He stated several times believe to be intimidation of stating he's tingling and you know how I get when, I'm tingling, then hit Ms. Hopkins with that stipulation/order, appearing to help, but meant to hinder her, due to assigning a public defender who is too busy to assist Ms. Hopkins. Most of the motions were filed a year or two prior to him getting the case and everyone else either disregarded them or pick and choose what they wanted to denied, or never got heard or she was told to wait until Trial. Ms. Hopkins wrote new and additional motions/request since he had took the case over and that's what he decided, its alleged to also aid hindering Ms. Hopkins in proving her innocence. According, to information from an attorney he is bias with the type of case I have, he was asked along with the prosecutors who participated in conspirator acts to request ones self from this case, but he refused. It appears he want to strip Ms. Hopkins for any witness's

and submission of evidence and forcing her by threaten her that he will not approve an attorney at a later date forcing her to make a decision of getting another public defender who is still aiding the state an helping them out moreso instead of Ms. Hopkins. She asked Ms. Hopkins to turn over evidence she feels so they can create their lies and deceptions in getting out it. She had not heard back from Ms. Jennifer as of 6/14/19, and may have to terminate her services and get a replacement, she did, respond to an email sent to Mary A.S. of concern. However, If Jennifer does not assist accordingly, Ms. Hopkins will have to terminate. She was brought in to help, not hinder.

2. Examples of continued treatment Ms. Hopkins has to endure:

| | |
|---|---|
| from: | **Carolyn Marcus** < > |
| to: | Rosie Hopkins < >,<br>Dockets <dockets@ic.nc.gov> |
| cc: | "Nance, Tamara R" < > |
| date: | Jun 21, 2021, 2:53 PM |
| subject: | RE: [External] Re: ZK ISP May 11 2021 |
| mailed-by: | hplplaw.com |
| signed-by: | HPLPLaw.onmicrosoft.com |

**Carolyn Marcus**                                                                    2:53 PM (4 minutes ago)

to Tamara, me, Dockets

I am looking forward to your jury trial 35 days from now and plan to attend.

Chief Deputy Commissioner Nance, I will update the Commission once that verdict is rendered so that everyone is aware of the status of the appeal for abuse of a disabled person for which Rosie has already been convicted in district court.

Regards,

**CAROLYN T. MARCUS**--------------------------------------**PATHWAYS FOR PEOPLE INC ATTORNEY**
HOLDER PADGETT LITTLEJOHN + PRICKETT, LLC
3737 Glenwood Ave, Suite 270 | Raleigh, NC 27612

**The commission decision on workers compensation hearing was set for July 14th, 2021, before the Jury Trial. What is going on at this point, the commission and Ms. Hopkins are to be in meditation. The commission has evidence to proof Ms. Hopkins was not the aggressor and the witness committed perjury, at the hearin etc...**

It appears the commission is still attempting to antagonize Ms. Hopkins and deceive the court/ docket making her resubmit requested records they already have, that were submitted before the deadline. First, Carolyn lied and said she didn't submit her medical records or met their deadline. Ms. Hopkins pulled up the email of submitted requested documents that were submitted before and or on the deadline as a matter of fact. Now as of June 21, 2021, Ms. Hopkins still has to deal with unethical behavior and being taunted by Carolyn and the Commission in stalling for the

Jury Trial as they to also put off Ms. Hopkins hearings intentionally as it was done in connection to the criminal case.

From: **Rosie Hopkins** < >
Date: Mon, Jun 21, 2021 at 2:45 PM
Subject: Fwd: Employment, Education, Medical Records, X Rays WC CM
To: Nance, Tamara R < >, Carolyn Marcus < >, Dockets <

To Whom It May Concern,

Please stop trying to deceive/mislead the court of Ms. Hopkins concerning missing a deadline, for your failure to act and respond. Ms. Hopkins also objects to "any stipulations" Ms. Carolyn has or opinions as we have seen numerous times have been unlawful and not true. We should focus on the *facts of the case and facts within the medical document*s concerning injuries and not a loophole you all are attempting to use to reject or deny Ms. Hopkins of compensation.

By the way, Ms. Hopkins did not miss the deadline, good try. She submitted the documents to you all on May 11, 2021, and they were also given during the hearing. As we know you do not check your emails and or read most of what Ms Hopkins send Carolyn.

--- As to her own admission. Moreover, If there was a problem they should have been addressed the documents.

Ms. Hopkins is really concerned about these people intentions and future actions. This shows why Carolyn did not reach out to mediate with ProSe litigant, in violation of her rights to further discuss this case and the outcome. At this time we were set for a award/decision as of July 14, 2021. As you can clearly see others motives and intentions.

Now, with that being said, If a GATEKEEPER ORDER, was put in place for Ms Hopkins and the public defender is not responding or assisting Ms. Hopkins, how is she even able to submit a motion to terminate her, without having her signature or discussing the course of action. This appears to be another tactic to sabotage Ms. Hopkins defense case stripping her again from everything, if proper action is not taken immediately. As of 6 /21/ 2021, there has been minimal to no communication from Jennifer Ms. Hopkins assigned Public Defender, at this time.

At this time, Ms. Hopkins is in fear of her LIFE, of what the Defendants may try to do to harm her, to prevent from being EXSPOSED, of a Conspiracy to Frame and Uphold Conviction.
https://abc11.com/apex-police-department-town-of-racial-bais/10370756/

JUSTICE FOR MS. ROSIE HOPKINS
JUNE   2021

Filed by: *Ms. Rosie Hopkins*
ProSe Litigant
PO Box 211
Kinston, Nc 28502

*Ms. Hopkins has hard solid evidence against them.*

[CIVIL RIGHTS FEDERAL LAWSUIT]  - 103

## SUMMONS IN CIVIL ACTION

### LIST OF DEFENDANTS NAMES:

Zackary Beaty K.

Karen Beaty

Anthony Sacco

Deborha Debbie Gabrille

Villages of Apex Club House HOA Land Arc Property Board

Pathways for People Inc

Gloria Alerez-Rothrock

Jamie Haddock-West

Michele Sullivan

Carolyn T. Marcus

Chief Deputy Tamara Nance

State of North Carolina Industrial Commission

Health Care Personnel Investigation DHHS Att General

Stella Hays

Pamela Gilyard

William F Maddrey

Rita Horton

The State of North Carolina Wake County Justice Center

Judge Keith Gregory

Former Judge –Convicted Ms. Hopkins Michael J. Denning

Erin Becker

Austin Braxton

Mary Ashton Slagle

Apex Police Department

Officer Sean Myers

Chief Deputy Mitchell McKinney

## DAMAGES

As a result, as proximate and foreseeable damages of Defendants in violations of Ms. Hopkins civil and constitutional rights along with others,

*Ms. Hopkins* has and still suffers the following, but certainly not limited to the following: the loss of her liberty, physical and mental injury, scarring, sever emotional distress, severe mental anguish, PTSD, anxiety, depression, embarrassment, humiliation, hair loss, muscle dysfunction, nerve pain/dysfunction, damages to her reputation, damages to her career, and future earning capacity, loss of income, loss of higher education, and her peace of mind has been tremendously disbursed to say the least.

**Karen Beaty and Zackary Beaty –Arrest for Scheme of Badger Game, Neglect, and Conspiracy**
50,000.00 Through his insurance coverage for causing injury to worker in their plot scheme and personally 30,000.

**The Apex Police Department-** Cultural Competence and Ethic Training/Test
300,000.00

**Sean Myers-** to be Arrest/FIRED Liquidate Assets
50,000.00

**Chief Deputy Mitchell Mckinney-** DEMOTE
60,000.00

**Villages of Apex Club House-**Arrest need to be made against the and organization Management over Staff
700,000.00

**Anthony Sacco-**Arrest and Restitution/ Liquidate Assets
100, 000, 00

**Deborah Gabrielle-** Arrest and Restitution/ Liquidate Assets
50,000.00

**Department of Health and Human Service Investigations-** Revised Investigation Policy and Procedures and Secure Investigation evidence from each interview to prevent spoilage and evidence tampering.
300,000.00

**Pamela Gilyard-** Arrested and Restitution/ Liquidate Assets
50,000.00

**Stella Hayes-** Arrested and Restitution/ Liquidate Assets
50,000.00

**Pathways for People Ins Employer and**
**Accident Fund. –**Fine/Monitor the Company and enforce requested Workers Compensation Demand for injuries rtc..
400,000.00

Gloria and Michelle—Conspired to frame and avoid liabilities/ Let the Court decided

**The State of NC/Wake County Justice Center**
500,000.00

Mary Ashton Slagle 10,000.00 Suspend Law licenses for 5 years/ Terminate, Erin Becker 10,000.00 Suspend Law licenses for 5 years/ Terminate, Austin Braxton 10,000.00 Suspend Law licenses for 5 years/ Terminate, *Judge Keith Gregory- 15,000 in addition to Letting the Court Decided the outcome,* Former Judge Michael Denning 77,000.00 **Arrest and Restitution/ Liquidate Assets/ loss of Legal Practice/Licensed Barred/ Others fate listed on Summons rest on Jury**

The financial request above for Ms. Hopkins is the 1st requested before the Jury is selected and subject to change at the discretion of the Jury for an increased amount. Ms. Hopkins is open for meditation at this time, so please get in contact with her on or before August 1,

2021. You may call. email, and send letter to the PO Box above with your date of mediation. **Ms. Hopkins' requested demands and decree have been made known. The amount exceeds TWO MILLION DOLLARS.**

**AFFIDAVIT**

I Rosie Hopkins have given Profiles copies of the video footage clips from 1/2/2019 to review and make a determination whether the video clips have been altered or edited in any way; if motioned censored or ongoing in the scenes captured on the footage.

Rosie Hopkins _Rosie Hopkins_      Date _4/22/2021_

ID-Number...20-044326 19 200588.................. Age .........40...........

Mailing Address: PO Box 211 Kinston NC 28502

Tel : 910 658 1577

Declare under oath by signing document the statements that you have wrote are true to the best of your knowledge.

AFTER REVIEWING THE FOOTAGE I AGREE THE

FOOTAGE HAS BEEN EDITED OR MISSING CLIPS

....................................................................................................

....................................................................................................

....................................................................................................

ATTACH ADDITONAL DOCUMENTATION IF NEEDED.

Profiles
Audio-Visual Production Services, Recording Service-Sound & Video
*818 Tyvola Rd Ste 109, Charlotte, NC 28217*
704-525-9898

I CHRIS CLAY _____ , am familiar with, and understand the contents of this declaration. I have no objection/have objection to taking the prescribed oath. I consider the prescribed oath as binding to my conscience.

Professional Education: FULL SAIL UNIVERSITY

Date of Viewing: 4/22/21      Job Title: VIDEO EDITOR

Print Name: CHRIS CLAY      Signature: _Chris Clay_

Print Name:_____ Signature:_____

I certify that the above statement was taken from me and that the deponent has acknowledge that he/she knows and understands the contents of the statement. The statement was sworn to/affirmed before me and deponents signature/mark/thumb print was placed thereon in my presence.

At: ...Charlotte, NC....on ........APRIL 22 2021...at .........

_Genesis M_
**Commissioner of Oaths/ Notary**

COM: NOV 18 TH 2023

GENESIS M VINDEL
NOTARY PUBLIC
MECKLENBURG COUNTY NC