UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSIE HOPKINS | ) | |
|     Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 4:21-CV-87-FL |
| STATE OF NORTH CAROLINA, | ) | |
| PATHWAYS FOR PEOPLE, INC., | ) | |
| JAMIE WEST, Owner, Pathways for | ) | |
| People, Inc., MICHELLE SULLIVAN | ) | |
| Owner, Pathways for People, Inc., | ) | |
| GLORIA ROTHROCK, Owner, Pathways | ) | |
| for People, Inc., NC INDUSTRIAL | ) | |
| COMMISSION, TAMARA NANCE, | ) | |
| Chief Deputy, NC Industrial Commission, | ) | |
| OFFICER SEAN MYERS, APEX POLICE, | ) | |
| DEPARTMENT, PAUL MITCHEL | ) | |
| MCKINNON MCKINNEY, | ) | |
| JUDGE RICHARD MYERS II, | ) | |
| VILLAGES OF APEX CLUB HOA, | ) | |
| DEBRA GABRIELLE, Villages of Apex, | ) | |
| Club House HOA, ANTHONY SACCO, | ) | |
| Villages of Apex Club House HOA, | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to postpone case and recusal.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 13, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED for failure to prosecute.

**This Judgment Filed and Entered on September 13, 2023, and Copies To:**
Rosie Hopkins (via CM/ECF Notice of Electronic Filing)

September 13, 2023       PETER A. MOORE, JR., CLERK

                   /s/ Sandra K. Collins
             (By) Sandra K. Collins, Deputy Clerk

